UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>    Plaintiff, )<br>) No.<br>v. )<br>)<br>) 18 USC § 1956(h) Conspiracy<br>) to Commit Money Laundering<br>HUWIDA FADL )<br>)<br>    Defendant. )<br>) | |

CRIMINAL INFORMATION

The United States charges:

**Count 1**

(Money Laundering Conspiracy, 18 U.S.C. § 1956(h))

From in or about January 2014 and continuing thereafter through in or about October 2014, in the District of Columbia and elsewhere, the defendant, HUWIDA FADL, did knowingly conspire, confederate, and agree with persons known and unknown to the United States, to commit offenses against the United States in violation of Title 18, United States Code, Sections 1956 and 1957, and concealment of those offenses, that is:

1. to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of a specified unlawful activity, that is mail fraud and wire fraud in violation of Title 18, United States Code, Sections 1341 and 1343, and bank fraud in violation of Title 18, United States Code, Section 1344(2), knowing that the transactions were designed in whole or in part to conceal and disguise the

nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

2. to knowingly engage and attempt to engage in monetary transactions by, through or to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, which property having been derived from specified unlawful activities, that is, mail fraud and wire fraud, in violation of Title 18, United States Code, Sections 1341 and 1343, and bank fraud, in violation of 18 United States Code Section 1344(2), in violation of Title 18, United States Code, Section 1957.

All in violation of Title 18, United States Code, Section 1956(h).

Date: 11/21/16

M. KENDALL DAY, CHIEF
ASSET FORFEITURE AND MONEY
   LAUNDERING SECTION

By: *Marie Dalton*
MARIE M. DALTON (CA. BAR 246606)
Trial Attorney
STEPHEN A. GIBBONS (D.C. BAR 493719)
Trial Attorney
Asset Forfeiture and Money
   Laundering Section
United States Department of Justice
1400 New York Avenue, NW
Bond Building, Suite 10100
Washington, D.C. 20005
Telephone:  (202) 598-2982
               (202) 598-2523
Email:  marie.dalton@usdoj.gov
          stephen.gibbons@usdoj.gov