UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HUWIDA OSMAN FADLELMAWI, )<br>aka "HUWIDA FADL," )<br>)<br>Defendant. ) | Crm. No. 16-211-001 (RBW)<br><br>**UNDER SEAL** |

## SENTENCING LETTER

Plaintiff United States of America, through its counsel of record, the Money Laundering and Asset Forfeiture and Recovery Section, Criminal Division, United States Department of Justice, submits a letter it received on March 6, 2019 from defendant Huwida Osman Fadlelmawi's ("defendant") former colleague at the Kuwait Embassy Health Office, Mohamed Majed Assaf, for consideration by the Court at defendant's sentencing hearing. Mr. Assaf's letter is attached as Exhibit 1.

Date: March 7, 2019            Respectfully submitted,

DEBORAH CONNOR, CHIEF
MONEY LAUNDERING & ASSET RECOVERY SECTION

By: _____
Jonathan T. Baum
Senior Trial Attorney
Money Laundering and Asset Recovery Section
Criminal Division, U.S. Department of Justice

Letter to the court

To whom it may concern,

    Hello, my name is Mohamad Majed Assaf. I was an accountant for the Kuwait Medical Office in Washington D.C. Five years ago I discovered the Kuwait Medical Office was committing fraud and embezzling money. Huwida Fadl was one of Wael's partners who also associated with the fraud and embezzlement activities. She had been helping with the fraudulent checks for the fake identities and was also pocketing the money. As soon as I was made aware of the criminal activity, I reported it to the Kuwait health office and when nothing was done, I reported it to the ambassador himself. When no one was willing to do anything, I spent months trying to report the incident directly to the FBI and the proper authorities. Finally, Homeland Security reached out to me about the criminal activity I witnessed.

    Unfortunately, the results of me coming forward had several repercussions on not only I but also my family. After the incident at the Kuwait Medical Office, it was hard to find another place of employment. One of Huwida's partners was considered a strong figure so she had me fired as soon as the investigation was opened, no notice or even enough time to look for another job. I spent a few years trying to find another job in embassies or a foreign government establishment. The main reason I look towards foreign establishments for employment is because since I've come to America mostly embassies have provided me with employment. Especially since I speak and write in Arabic and had a degree from Syria which is not accepted in corporate America. However, once word got out that I was the one who helped uncover the corruption at the Kuwait Medical Office, the other embassies refused to hire me or interview me, because they were afraid of me witnessing a wrong doing and exposing them for it.

    Me losing my job was one thing but not even being able to find another job to help provide for my family was heartbreaking. My daughter was in college at the time and had to get loans and work several jobs to afford an education. The stress and depression that I have been experiencing had caused a huge strain on my marriage, my wife and I even reached the point of almost divorcing. My anxiousness has caused me to loose half of my teeth, and without any income I can't even go to the hospital to take care of myself. My oldest daughter graduated



from college but had to put her graduate school on hold and has been working two jobs to help support the family. My second daughter who is only 17 had to get a part time job to also help with the home expenses. Now I have also occurred a large sum of debt due to my unemployment caused by Huwida Fadl. Once the investigation began, I lost all my friends, the rest of my family turned their backs on me because they didn't believe that I should have involved myself. Many of my acquittances at other embassies refused to speak to me or be seen with me. I was completely alone, and none of it ever got better. Almost 5 years later now and everything for me has just gone downhill. Honestly, these past few years have been very difficult for me and my family. Everyone has been depressed, anxious, broken and hurt. It has taken a toll on us emotionally as well as financially, and personally it is mentally tiring. I am a very honest man, and that has cost me greatly. I refused to stand by and let corruption happen. I made the choice to take a stand, but in the end a good man has lost almost everything.

Sincerely,

Mohamad Majed Assaf