IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No.-16-CR-211 (RBW) |
| HUWIDA FADL | * | **<u>UNDER SEAL</u>** |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

**MOTION OF DEFENDANT HUWIDA FADL**
**<u>FOR ISSUANCE OF WRITS OF HABEAS CORPUS AD TESTIFICANDUM</u>**

The Defendant, Huwida Fadl, by and through her Court-appointed counsel, Kira Anne West, hereby moves for an Order from this Court to issue a Writ of Habeas Corpus Ad Testificandum for the United States Marshals Service to produce Ms. Huwida Fadl to the United States Courthouse for the District of Columbia to testify in connection with the above-captioned matter. Ms. Fadl is currently in ICE custody in Louisiana. Undersigned counsel has conferred with DOJ attorney Jonathan Baum who has been unable at this juncture to secure Ms. Fadls return. This case was remanded from the D.C. Circuit on July 7, 2020. *See* exhibit 1. The opinion of the D.C. Circuit states that the record in this case is incomplete such that the Circuit was unable to reach a decision. The only way to complete the record is for this Court to set a hearing wherein Ms. Fadl can testify in an IAC proceeding.

Respectfully submitted,

_____/s/_____
Kira Anne West
1325 G Street, NW
Suite 500
Washington, D.C. 20005

D.C. Bar No. 993523<br>
(202) 236-2042<br>
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

 I swear that on July 9, 2020, a copy of this motion for writ was emailed to attorney Jonathan Baum via email at  JONATHAN.BAUM@USDOJ.GOV.

_____/s/_____<br>
Kira A. West

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No.-16-CR-211 (RBW) |
| HUWIDA FADL | * | **_UNDER SEAL_** |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Having considered Defendant's Motion for Issuance of a Writ of Habeas Corpus Ad Testificandum, it is this _____ day of July, 2020, by the United States District Court for the District of Columbia, hereby:

ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus Ad Testificandum directing the United States Marshals Service to produce the witnesses listed below to the United States Courthouse for the District of Columbia, 333 Constitution Avenue N.W., Washington, D.C., 20001, U.S. Marshal's lockup, on _____, at 9:30 a.m., to testify on her behalf in connection with the above-captioned matter.

1) Huwida Fadl
   Date-of-Birth: September 23, 1970
   Jonesboro Detention Center
   Inmate A No.: AO75341652
   287 Industrial Dr.
   Jonesboro, LA. 71251

_____
Honorable Reggie B. Walton
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No.-16-CR-211 (RBW) |
| HUWIDA FADL | * | **_UNDER SEAL_** |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

## WRIT OF HABEAS CORPUS

TO:   United States Marshal, District of Columbia AND
      Jackson Parish Correctional Center, 287 Industrial Dr., Jonesboro, LA. 71251

Greetings:

**YOU ARE HEREBY COMMANDED** to produce the body of Huwida Fadl, date-of-birth: September 23, 1970, and Alien Registration Number: AO75341652, who is presently in the care, custody and control of the United States Immigration Service, for official proceedings at the United States Courthouse for the District of Columbia, 333 Constitution Ave. N.W., on _____, 2020, at 9:30 a.m., to testify on her own behalf and in connection with the above-captioned matter.

Let this Writ be issued as prayed this _____ day of July, 2020.

_____
Honorable Reggie B. Walton
United States District Judge


Angela D. Caesar, District Clerk

By:_____
Deputy Clerk