# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No.-16-CR-211 (RBW) |
| HUWIDA FADL | * | **_UNDER SEAL_** |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING

The Defendant, Huwida Fadl, by and through her Court-appointed counsel, Kira Anne West, hereby files this notice of filing of the attached discovery letter.

Respectfully submitted,

_____/s/_____
Kira Anne West
712 H Street NE
Suite 509
Washington, D.C. 20001
D.C. Bar No. 993523
 (202) 236-2042
kiraannewest@gmail.com

### CERTIFICATE OF SERVICE

I swear that on August 28, 2020, a copy of this notice and discovery letter was emailed to attorney Jonathan Baum via email at JONATHAN.BAUM@USDOJ.GOV.

_____/s/_____
Kira A. West