UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No.: 1:16-CR-211 (RBW)** |
| **v.** | : | |
| | : | **UNDER SEAL** |
| **HUWIDA FADL** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The United States of America, by and through its attorneys, the Money Laundering and Asset Recover Section, Criminal Division, United States Department of Justice, files a discovery letter dated September 1, 2020 and addressed to defendant's counsel.

Respectfully submitted,

DEBORAH CONNOR, CHIEF
MONEY LAUNDERING & ASSET
RECOVERY SECTION

By:     _____/s/_____
JONATHAN T. BAUM
Senior Trial Attorney, Criminal Division
Money Laundering and Asset Recovery Section
United States Department of Justice
1400 New York Avenue, NW
Bond Building, Suite 9104
Washington, DC 20005
Telephone: (202) 616-9628
Email: jonathan.baum@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of September 2020, I caused a copy of the foregoing notice to be served by electronic mail on defendant's counsel:

Kira Anne West
712 H Street NE, Suite 509
Washington, D.C. 20002
Telephone: (202) 236-2042
Email: kiraannewest@gmail.com

　　　　　/s/_____
Jonathan T. Baum
Senior Trial Attorney, Criminal Division
Money Laundering and Asset Recovery Section
United States Department of Justice