

                              **U.S. Department of Justice**

                              Criminal Division

---

Money Laundering and Asset Recovery Section        *Washington, D.C. 20530*

                            September 1, 2020

**VIA ELECTRONIC MAIL**

Kira Anne West
712 H Street NE, Suite 509
Washington, D.C. 20002
Email: kiraannewest@gmail.com

       **RE:**    <u>**United States v. Fadl, 16-CR-211 (RBW)**</u>

Dear Ms. West:

      Enclosed please find additional discovery produced in the Kuwait Embassy case as well as a copy of a statement that your client provided to the Kuwait Embassy in Arabic. English translations of your client's Arabic statement to the Kuwait Embassy are also included.

      This discovery will be sent to the address you provided in your August 25, 2020 email to the United States.

Sincerely,

   /s/
_____
Jonathan T. Baum
Senior Trial Attorney, International Unit
Money Laundering and Asset Recovery Section
United States Department of Justice