UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 16-211 (RBW) |
| ) | **UNDER SEAL** |
| HUWEIDA FADL, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the status hearing held on October 7, 2020, via teleconference, it is hereby

**ORDERED** that on or before October 12, 2020, the defendant shall produce to the government any documents that were provided to the defendant by her prior counsel, Atiq R. Ahmed, but were not provided to the government by Mr. Ahmed, regarding discussions between Mr. Ahmed and the defendant about the deportation consequences of the defendant's guilty plea or any third parties who recorded those discussions.  It is further

**ORDERED** that, on October 13, 2020, at 12:00 p.m.,[1] the parties and Mr. Ahmed shall appear before the Court for a status hearing via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).  Mr. Ahmed shall be prepared to address whether he has provided to the parties all information he has in his possession regarding his discussions with the defendant about the deportation consequences of the defendant's guilty plea.  It is further

**ORDERED** that the parties shall provide Mr. Ahmed's contact information to the Court on or before October 9, 2020, at 5:00 p.m.

---

[1] Due to a change in the Court's calendar, the previously scheduled time for this status hearing has been changed.

**SO ORDERED** this 9th day of October, 2020.

_____
REGGIE B. WALTON
United States District Judge