UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CRIMINAL NO. 16-211 (RBW) |
| | : | UNDER SEAL |
| HUWIDA FADL, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

### DEFENDANT FADL'S EXHIBIT LIST

| Exhibit No. | Description | Witness | Objection | Admitted |
| --- | --- | --- | --- | --- |
| 1 | Stipulation of James Roberts-former immigration lawyer for Ms. Fadl | | | |
| 2 | Affidavit of Kelli Willett, USPO | | | |
| 3 | Stipulation of Almoaz Khalid Elrayah | | | |
| 4 | Stipulation of TBD | | | |
| 5 | Target letter from USA to Ms. Fadl dated May 26, 2016 | | | |
| 6 | EM from AA to KAW Re: missing file dated July 8, 2020 | | | |
| 7 | EM's from KAW to AA re: request for | | | |

1

|  |  |  |  |  |
|---|---|---|---|---|
|  | file dated September 4, 2019 |  |  |  |
| 8 | Follow up EM's from KAW to AA re: missing file dated September 12 & 17; October 8, 8 & 28 |  |  |  |
| 9 | EM's from AA to KAW dated September 9, 2019, September 15, 2019, and November 12, 2019 |  |  |  |
| 10 | AA June 16, 2016 memo to file |  |  |  |
| 11 | June 17, 2016 proffer agreement |  |  |  |
| 12 | Letter from AA to Ms. Fadl dated December 2, 2016 |  |  |  |
| 13 | EM from AUSA Dalton to AA dated "today at 1:29 PM" w/ attached documents |  |  |  |
| 14 | AA debriefing notes dated June 17, 2016 |  |  |  |
| 15 | Letter from AA to Ms. Fadl dated June 7, 2016 |  |  |  |
| 16 | Receipt and Acknowledgment of PSR dated February 19, 2019 |  |  |  |
| 17 | Status hearing notes of AA dated June 22, 2018 |  |  |  |

| | | | | |
|---|---|---|---|---|
| 18 | AA Status hearing notes dated March 24, 2017 | | | |
| 19 | AA Plea hearing notes dated December 19, 2016 | | | |
| 20 | AA inner office memo dated November 9, 2016 | | | |
| 21 | AA inner office memo dated November 1, 2016 | | | |
| 22 | AA inner office memo dated October 14, 2016 | | | |
| 23 | AA inner office memo dated March 8, 2019 | | | |
| 24 | AA inner office EM dated October 25, 2018 | | | |
| 25 | Immigration detainer notice of action dated February 6, 2020 | | | |
| 26 | Defendant's memorandum in aid of sentencing | | | |
| 27 | | | | |
| 28 | Letter from AA to Ms. Fadl dated June 9, 2016 | | | |
| 29 | AA debriefing notes dated July 6, 2016 | | | |
| 30 | Huwida Fadl's current permanent resident alien green | | | |

|    |                                                                                   |   |   |   |
|----|-----------------------------------------------------------------------------------|---|---|---|
|    | card                                                                              |   |   |   |
| 31 |                                                                                   |   |   |   |
| 32 | EM from AUSA Dalton to AA dated December 2, 2016 9:57 a.m.                        |   |   |   |
| 33 | Immigration judge's order July 18, 2016                                           |   |   |   |
| 34 | Expired permanent resident alien green card of Huwida Fadl April 2016             |   |   |   |
| 35 | Notice to Appear from HSI to Ms. Fadl dated February 26, 2016.                    |   |   |   |
| 36 | Defendant's corrections to the Presentence report dated February 19, 2019.        |   |   |   |
| 37 | Voluntary Surrender Instructions dated March 7, 2019                              |   |   |   |
| 38 | Certificate of Naturalization of Roaa Elnour dated May 15, 2019                   |   |   |   |
| 39 |                                                                                   |   |   |   |
| 40 | Immigration Detainer-Notice of Action dated February 6, 2020                      |   |   |   |

6