**Baum, Jonathan (CRM)**

| | |
|---|---|
| **From:** | Baum, Jonathan (CRM) |
| **Sent:** | Thursday, April 22, 2021 4:25 PM |
| **To:** | Kira West |
| **Cc:** | Walton Chambers |
| **Subject:** | US v. Fadl, 16CR211 |
| **Attachments:** | Email - 16CR211 - Produced Pursuant to Ct Order of 04 22 21.pdf |

Ms. West:

     Attached please find the portion of an email that I sent to Marie Dalton and Brendan Shelley on December 11, 2019 that the Court ordered that I disclose to you.

Regards,

**Jonathan T. Baum**
**Senior Trial Attorney | International Unit | Money Laundering and Asset Recovery Section**
**Criminal Division, United States Department of Justice**

1