## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No.-16-CR-211 (RBW) |
| HUWIDA FADL | * | ***UNDER SEAL*** |
| Defendant | * | |

 * * * * * * * * * * *

## DEFENDANT'S RESPONSE TO GOVERNMENT FILING ON 4.27.21 WITH RESPECT TO AMENDED GOV'T EXHIBIT 9

The Defendant, Huwida Fadl, by her counsel, Kira Anne West,  hereby files this response opposing the admission of exhibit number 9 in its entirety and states the follows in support of her position:

This Court has heard numerous statements from counsel for each side stating what the agreement was with regard to Government Exhibit #9. Attached to this response, as Exhibit #1, is an email dated April 6, 2021,  from Government counsel Jon Baum wherein he states "I told you months ago that we do not intend to introduce the ROIs."  This is in response to my specific statement in the form of a question that  "…any exhibit that is an ROI should NOT come into evidence."  A reading of this communication should close the issue with the Court. In the event that it does not, this Court heard Mr. Ahmed testify that he did not have government exhibit 9 and its 141 pages in his file that he turned over to undersigned counsel, but rather defense exhibit 13 which is what he affirmatively stated he had in his file and gave to undersigned counsel and that that was two pages and not one attachment but a blank piece of paper.

The Court should also consider the fact that Government exhibit number 9 came from the Government, not from Mr. Ahmed, and therefore, it's reliability is more than questionable. There is no record of what Ms. Dalton sent to Mr, Ahmed, and there is no record of Mr. Ahmed receiving it. Therefore, it should be excluded not only because the government agreed to it, but also because the evidence is unreliable. Undersigned counsel notes that the same is true of Government Exhibit number 8 which purportedly came from Mr. Ahmed, when in reality, most of this exhibit came from Mr. Ahmed after the opinion by the D.C. Circuit and the government has altered most of the pages by cutting off the top of each page wherein Mr. Ahmed allegedly put "metadata." Unfortunately, it was clear to both parties that Mr. Ahmed had no idea what metadata was and still does not.

Respectfully submitted,

_____/s/_____
Kira Anne West
712 H Street NE
Suite 509
Washington, D.C. 20001
D.C. Bar No. 993523
 (202) 236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I swear that on April 28, 2021, a copy of this reply  and exhibit 1 were emailed to Senior attorney Jonathan Baum via email at  JONATHAN.BAUM@USDOJ.GOV and filed under seal pursuant to the rules of court.

_____/s/_____
Kira A. West