# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 16-211 (RBW) |
| | ) | **UNDER SEAL** |
| HUWEIDA FADL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the evidentiary hearing held from April 19, 2021, to April 29, 2021, it is hereby

**ORDERED** that, in light of defense counsel's agreement to order a transcript of the evidentiary hearing held from April 19, 2021, to April 29, 2021, defense counsel shall order a transcript of the evidentiary hearing. Defense counsel need not order an expedited transcript. It is further

**ORDERED** that, on June 17, 2021, at 10:00 a.m., the parties shall appear before the Court for a hearing, via videoconference, at which the Court will issue its ruling regarding the defendant's motion for a new trial.[1] It is further

**ORDERED** that the United States' Motion to Admit Evidence, ECF No. 88, is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** to the extent that it seeks reconsideration of the Court's ruling excluding from evidence Government's Exhibits Nos. 42 to 62, and Government's Exhibit No. 75. The motion is **DENIED** in all other respects. It is further

**ORDERED** that Government's Exhibits Nos. 42 to 62, and Government's Exhibit No. 75, are entered into evidence. It is further

**ORDERED** that the United States' Motion in Limine to Exclude Evidence and Witnesses, ECF No. 72, is **DENIED AS MOOT**. It is further

**SO ORDERED** this 30th day of April, 2021.

_____
REGGIE B. WALTON
United States District Judge

---

[1] In the event that the court reporter requires additional time to prepare the transcript or the Court requires additional time before issuing its ruling, the parties will be advised in advance that the hearing will be continued to a later date.