# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 16-211(RBW) UNDER SEAL
)
Huwida Fadl )

## NOTICE OF APPEAL

Name and address of appellant:  HUWIDA FADL

Name and address of appellant's attorney:  Kira Anne West
712 H STREET N.E., UNIT 509
WASHINGTON, D.C. 20002

Offense: 18 U.S.C. 1956, CONSPIRACY TO COMMIT MONEY LAUNDERING

Concise statement of judgment or order, giving date, and any sentence:
Defendant's motion to withdraw her plea is denied. JULY 15, 2021.

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_7/21/21_                    _Huwida_
DATE                          APPELLANT
                              _Kira Anne West_
                              ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE           [✔]
PAID USDC FEE         [ ]
PAID USCA FEE

Does counsel wish to appear on appeal?                       YES [✔]   NO
Has counsel ordered transcripts?                             YES [✔]   NO
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✔]   NO