APPEAL,CAT A,CLOSED,Sealed_Case

# U.S. District Court
# District of Columbia (Washington, DC)
# CRIMINAL DOCKET FOR CASE #: 1:16-cr-00211-RBW-1 *SEALED*

Case title: USA v. FADL

Magistrate judge case number: 1:16-mj-00446-GMH

Date Filed: 11/23/2016

---

Assigned to: Judge Reggie B. Walton

Appeals court case number: 19-3018

**Defendant (1)**

| | |
|---|---|
| **HUWIDA FADL** | represented by **Atiq Rahman Ahmed**<br>ATIQ R. AHMED, ESQUIRE<br>1320 19th Street, NW<br>Suite 202<br>Washington, DC 20036<br>(202) 710-4929<br>Fax: (301) 587-8171<br>Email: Aralaw@icloud.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**Kira Anne West**<br>LAW OFFICE OF KIRA WEST<br>9912 Montclair Court<br>Vienna, VA 22181<br>202-236-2042<br>Email: kiraannewest@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1956(h); MONEY LAUNDERING – FEDERAL STATUTES, OTHER; Conspiracy to Commit Money Laundering.<br>(1) | Twelve (12) Months and One (1) day of incarceration, followed by Three (3) years of Supervised Release, a Special Assessment of $100.00 and Restitution of $1,381,016.051 imposed. |

**Highest Offense Level (Opening)**

1


Felony

**Terminated Counts**                                  **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                         **Disposition**

None

---

**Plaintiff**

USA                                    represented by   **Jonathan T. Baum**
                                                       U.S. DEPARTMENT OF JUSTICE
                                                       Money Laundering & Asset Recovery
                                                       1400 New York Avenue, NW
                                                       Suite 9000
                                                       Washington, DC 20005
                                                       (202) 616-9628
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Assistant U.S. Attorney*

                                                       **Ryan Michael Christian**
                                                       U.S. ATTORNEY'S OFFICE /GA
                                                       75 Ted Turner Drive SW
                                                       Atlanta, GA 30303
                                                       (202) 626-3612
                                                       Fax: (202) 639-9355
                                                       Email: Ryan.Christian@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Assistant U.S. Attorney*

                                                       **Stephen A. Gibbons**
                                                       UNITED STATES DEPARTMENT OF JUSTICE
                                                       1400 New York Avenue, NW
                                                       Suite 10100
                                                       Washington, DC 20005
                                                       (202) 598-2523
                                                       Email: stephen.gibbons@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Assistant U.S. Attorney*

**Patricia Marie Sulzbach**
DEPARTMENT OF JUSTICE,
CRIMINAL DIVISION
Asset Forfeiture & Money Laundering Section
1400 New York Avenue, NW
Suite 10100
Washington, DC 20005
(202) 514-5522
Fax: (202) 612-2342
Email: patricia.sulzbach@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/06/2016 | 1 | | CJA 23 Financial Affidavit as to HUWIDA FADL. This document is unavailable due to E-Government Act. Signed by Magistrate Judge G. Michael Harvey on 6/5/2016. (dr) [1:16-mj-00446-GMH] (Entered: 06/08/2016) |
| 11/23/2016 | 2 | | SEALED INFORMATION as to HUWIDA FADL (1) count(s) 1. (zhsj) (Entered: 11/29/2016) |
| 11/23/2016 | 3 | | MOTION to Seal the Criminal Information and Other Documents and to Delay Entry on the Public Docket of the Filing of This Motion to Seal and All Related Matters by USA as to HUWIDA FADL. (Attachments: # 1 Text of Proposed Order) (zhsj) (Entered: 11/29/2016) |
| 12/01/2016 | 4 | | ORDER; granting 3 Motion to Seal Case as to HUWIDA FADL (1),Signed by Judge Reggie B. Walton on 11/28/2016. (hs) (Entered: 12/01/2016) |
| 12/01/2016 | | | Set/Reset Hearings as to HUWIDA FADL: Arraignment Hearing set for 12/19/2016 at 10:00 AM in Courtroom 16 before Judge Reggie B. Walton. (hs) (Entered: 12/01/2016) |
| 12/19/2016 | | | Minute Entry; for proceedings held before Judge Reggie B. Walton: Arraignment as to HUWIDA FADL held on 12/19/2016, Guilty Plea entered as to Count 1. PSI deferred. Special Conditions of release ordered by the court. 1: Report weekly to Pretrial Services, 2: Stay away from all airports and embassies, 3: Surrender your passport to law enforcement agents. Status Conference set for 3/24/2017 at 02:00 PM in Courtroom 16 before Judge Reggie B. Walton. Bond Status of Defendant: Personal Recognizance; Court Reporter: Cathryn Jones; Defense Attorney: Atiq Ahmed; US Attorney: Stephen Gibbons/Marie Dalton; Interpreter: Ghada Attieh – Arabic (hs) (Entered: 12/19/2016) |
| 12/19/2016 | 5 | | WAIVER OF INDICTMENT by HUWIDA FADL, Signed by Judge Reggie B. Walton on 12/19/2016. (hs) (Entered: 12/20/2016) |
| 12/19/2016 | 6 | | WAIVER of Right to Trial by Jury as to HUWIDA FADL, Approved by Judge Reggie B. Walton on 12/19/2016. (hs) (Entered: 12/20/2016) |
| 12/19/2016 | 7 | | STATEMENT OF OFFENSE by USA as to HUWIDA FADL (hs) (Entered: 12/20/2016) |

| 12/19/2016 | 8 | | PLEA AGREEMENT as to HUWIDA FADL (hs) (Entered: 12/20/2016) |
|---|---|---|---|
| 12/21/2016 | 9 | | CONSENT MOTION to Modify Conditions of Release by USA as to HUWIDA FADL. (Attachments: # 1 Text of Proposed Order) (zhsj) (Entered: 12/22/2016) |
| 12/22/2016 | 10 | | ORDER; granting 9 Motion to Modify Conditions of Release as to HUWIDA FADL (1). Signed by Judge Reggie B. Walton on 2/22/2016. (hs) (Entered: 12/22/2016) |
| 03/24/2017 | | | Minute Entry; for proceedings held before Judge Reggie B. Walton: Status Conference as to HUWIDA FADL held on 3/24/2017. Status Conference set for 7/28/2017 at 09:45 AM in Courtroom 16 before Judge Reggie B. Walton. Bond Status of Defendant: Personal Recognizance; Court Reporter: Cathryn Jones; Defense Attorney: Atiq Ahmed; US Attorney: Stephen Gibbons; Interpreter: Ihab Ali; (hs) (Entered: 03/24/2017) |
| 05/26/2017 | 11 | | NOTICE OF ATTORNEY APPEARANCE Patricia Marie Sulzbach appearing for USA. (zhsj) (Entered: 05/30/2017) |
| 06/05/2017 | 12 | | MOTION and Memorandum in Aid of Modification of Conditions of Release by HUWIDA FADL. (Attachments: # 1 Employment Letter, # 2 Text of Proposed Order) (zhsj) Modified relief on 6/7/2017 (znmw). (Entered: 06/06/2017) |
| 06/07/2017 | 13 | | ORDER; granting 12 Motion to Modify Conditions of Release as to HUWIDA FADL (1), Signed by Judge Reggie B. Walton on 6/6/2017. (hs) (Entered: 06/07/2017) |
| 07/28/2017 | | | Minute Entry for proceedings held before Judge Reggie B. Walton: Status Conference as to HUWIDA FADL held on 7/28/2017. Status Conference set for 3/30/2018 at 9:15 AM in Courtroom 16 before Judge Reggie B. Walton. Bond Status of Defendant: Continued on Personal Recognizance Bond; Court Reporter: Cathryn Jones; Defense Attorney: Atiq Ahmed; US Attorney: Stephen Gibbons; Interpreter: Abdelhafid Missouri. (zgdf) (Entered: 07/28/2017) |
| 09/15/2017 | 14 | | MOTION to Modify Conditions of Release by HUWIDA FADL. (Attachment: # 1 Text of Proposed Order)(zvt) (Entered: 09/18/2017) |
| 09/19/2017 | 15 | | ORDER; granting 14 Motion to Modify Conditions of Release as to HUWIDA FADL (1), Signed by Judge Reggie B. Walton on 9/18/2017. (hs) (Entered: 09/19/2017) |
| 02/12/2018 | 16 | | UNOPPOSED MOTION for Limited Unseal of Documents by USA as to HUWIDA FADL. (Attachments: # 1 Text of Proposed Order) (zhsj) (Entered: 02/13/2018) |
| 02/13/2018 | 17 | | ORDER; granting 16 Motion to Unseal Document as to HUWIDA FADL (1), Signed by Judge Reggie B. Walton on 2/13/2018. (hs) (Entered: 02/13/2018) |
| 03/27/2018 | | | Set/Reset Hearings as to HUWIDA FADL: Status Conference reset for 6/22/2018 at 11:00 AM in Courtroom 16 before Judge Reggie B. Walton. (hs) (Entered: 03/27/2018) |
| 06/11/2018 | | | |

4

| | | | |
|---|---|---|---|
| | | | MINUTE ORDER as to HUWIDA FADL. Due to a change in the Court's calendar, it is hereby ORDERED that the status conference currently scheduled for June 13, 2018, at 11:00 a.m. is RESCHEDULED for 10:15 a.m. that same day. Signed by Judge Reggie B. Walton on June 11, 2018. (lcrbw1) (Entered: 06/11/2018) |
| 06/12/2018 | | | Set/Reset Hearings as to HUWIDA FADL: Status Conference reset for 6/13/2018 at 10:15 AM in Courtroom 16 before Judge Reggie B. Walton. (hs) (Entered: 06/12/2018) |
| 06/12/2018 | | | Set/Reset Hearings as to HUWIDA FADL: Status Conference set for 6/22/2018 at 11:00 AM in Courtroom 16 before Judge Reggie B. Walton. (hs) (Entered: 06/12/2018) |
| 06/22/2018 | | | Minute Entry; for proceedings held before Judge Reggie B. Walton: Status Conference as to HUWIDA FADL held on 6/22/2018. Joint oral request for a continuance; heard and granted. Status Conference set for 7/19/2018 at 11:15 AM before Judge Reggie B. Walton. Bond Status of Defendant: Personal Recognizance; Court Reporter: Cathryn Jones; Defense Attorney: Atiq R.Ahmed; US Attorney: Stephen Gibbons/Patricia Sulzbach; Interpreter; Ghada Attieh (Arabic) (hs) (Entered: 06/22/2018) |
| 07/19/2018 | | | Minute Entry; for proceedings held before Judge Reggie B. Walton: Status Conference as to HUWIDA FADL held on 7/19/2018. Joint oral request for a continuance; heard and granted. Status Conference set for 9/4/2018 at 12:15 PM in Courtroom 16 before Judge Reggie B. Walton. Bond Status of Defendant: Personal Recognizance; Court Reporter: Lisa Griffith; Defense Attorney: Atiq Ahmed; US Attorney: Patricia Sulzbach; Interpreter: Ghada Attieh-Arabic; (hs) (Entered: 07/19/2018) |
| 08/29/2018 | | | MINUTE ORDER as to HUWIDA FADL. Due to a change in the Court's calendar, it is hereby ORDERED that the status conference currently scheduled for September 4, 2018, is CONTINUED to September 17, 2018, at 11:30 a.m. Signed by Judge Reggie B. Walton on August 29, 2018. (lcrbw1) (Entered: 08/29/2018) |
| 08/29/2018 | | | Set/Reset Hearings as to HUWIDA FADL:Status Conference rescheduled for 9/17/2018 at 11:30 AM in Courtroom 16 before Judge Reggie B. Walton. (gdf) (Entered: 08/29/2018) |
| 09/14/2018 | | | Set/Reset Hearings as to HUWIDA FADL: Status Conference reset for 10/25/2018 at 09:45 AM in Courtroom 16 before Judge Reggie B. Walton. (hs) (Entered: 09/14/2018) |
| 10/25/2018 | | | Minute Entry; for proceedings held before Judge Reggie B. Walton: Status Conference as to HUWIDA FADL held on 10/25/2018. Joint request for a continuance; granted. Status Conference set for 11/20/2018 at 10:15 AM in Courtroom 16 before Judge Reggie B. Walton. Bond Status of Defendant: Personal Recognizance; Court Reporter: Cathryn Jones; Defense Attorney: Atiq Ahmed; US Attorney: John Baum; Interpreter; Aziz Erraziqi-Arabic (hs) (Entered: 10/25/2018) |
| 11/20/2018 | | | Minute Entry; for proceedings held before Judge Reggie B. Walton: Status Conference as to HUWIDA FADL held on 11/20/2018. REFERRAL TO PROBATION OFFICE for Presentence Investigation. Sentencing set for |

| | | | |
|---|---|---|---|
| | | | 3/8/2019 at 10:00 AM in Courtroom 16 before Judge Reggie B. Walton. Bond Status of Defendant: Personal Recognizance; Court Reporter: Cathryn Jones; Defense Attorney: Atiq Ahmed; US Attorney: Jonathan Baum; Interpreter: Ghada Attieh; (hs) (Entered: 11/20/2018) |
| 02/28/2019 | 23 | | Recommendation of PSI Report (prepared by USPO Kelli Willett) as to HUWIDA FADL. re 22 Final Presentence Investigation Report Not for public disclosure per Judicial Conference Policy.(Moses-Gregory, Renee) (Entered: 02/28/2019) |
| 03/04/2019 | 24 | | SENTENCING MEMORANDUM by USA as to HUWIDA FADL. (zhsj) (Entered: 03/05/2019) |
| 03/04/2019 | 25 | | MOTION for Downward Departure by USA as to HUWIDA FADL. (See Docket Entry 24 to View Document). (zhsj) (Entered: 03/05/2019) |
| 03/07/2019 | 27 | | SENTENCING MEMORANDUM by HUWIDA FADL. (Attachment: # 1 Attachment A)(zvt) (Entered: 03/08/2019) |
| 03/07/2019 | 30 | | NOTICE OF ATTORNEY APPEARANCE Jonathan T. Baum appearing for USA. (zvt) (Entered: 03/11/2019) |
| 03/07/2019 | 31 | | LETTER(S) IN SUPPORT OF SENTENCING by USA as to HUWIDA FADL. (zvt) (Entered: 03/11/2019) |
| 03/08/2019 | | | Minute Entry; for proceedings held before Judge Reggie B. Walton: Sentencing held on 3/8/2019 as to HUWIDA FADL (1). Count - 1: Defendant sentenced to Twelve (12) Months and One (1) day of incarceration, followed by Three (3) years of Supervised Release, a Special Assessment of $100.00 and Restitution of $1,381,016.051 imposed. Government's oral motion to unseal; heard and denied. Conditions of Release modified to reflect: The defendant shall report daily by telephone to The Pretrial Services Agency until she is committed to the Bureau of Prisons. Bond Status of Defendant: Defendant to self surrender once notified; Court Reporter: Nancy Meyer; Defense Attorney: Atiq Ahmed; US Attorney: Jonathan Baum; Prob Officer: Kelli Willett; Interpreter; Ghada Attieh -Arabic (hs) (Entered: 03/08/2019) |
| 03/12/2019 | 32 | | NOTICE OF APPEAL - Final Judgment by HUWIDA FADL re Sentencing. Fee Status: No Fee Paid. Parties have been notified. (zvt) (Entered: 03/13/2019) |
| 03/12/2019 | 33 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the CJA as to HUWIDA FADL re 32 Notice of Appeal - Final Judgment. (zvt) (Entered: 03/13/2019) |
| 03/20/2019 | 34 | | JUDGMENT as to HUWIDA FADL. Statement of Reasons Not Included. Signed by Judge Reggie B. Walton on 03/20/2019. (zvt) (Entered: 03/21/2019) |
| 03/20/2019 | 35 | | STATEMENT OF REASONS as to HUWIDA FADL re 34 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Reggie B. Walton on 03/20/2019. (zvt) (Entered: 03/21/2019) |
| 03/20/2019 | 36 | | Transmitted Supplemental Record on Appeal and Docket Sheet to USCA, Judgment, as to HUWIDA FADL re 32 Notice of Appeal - Final Judgment. (zvt) (Entered: 03/21/2019) |

| | | | |
|---|---|---|---|
| 03/21/2019 | | | USCA Case Number as to HUWIDA FADL 19-3018 for 32 Notice of Appeal - Final Judgment filed by HUWIDA FADL. (zvt) (Entered: 03/21/2019) |
| 04/18/2019 | 37 | | MOTION for Extension of Time for Defendant's Voluntary Surrender by HUWIDA FADL. (Attachments: # 1 Text of Proposed Order)(zhsj) (Entered: 04/22/2019) |
| 04/19/2019 | 38 | | Memorandum in Opposition by USA as to HUWIDA FADL re 37 MOTION for Extension of Time for Defendant's Voluntary Surrender. (Attachments: # 1 Exhibit A) (zhsj) (Entered: 04/22/2019) |
| 04/22/2019 | 39 | | ORDER granting 37 defendant Huweida Fadl's (1) motion for an extension of time, until 5/23/19, to voluntary surrender for service of sentence. (Signed by Judge Reggie B. Walton on 4/22/19) *see document for further detsils* (tj) (Entered: 04/22/2019) |
| 07/01/2019 | 40 | | MOTION to Unseal Transcripts. (Attachments: # 1 Text of Proposed Order) (zhsj) (Entered: 07/03/2019) |
| 07/08/2019 | 41 | | ORDER granting 40 defendant's motion to Unseal Transcripts as to defendant HUWIDA FADL. Defendant's appellate counsel shall be allowed access to transcripts of hearings held on 12/19/16; 7/28/17; 6/22/18; and 3/8/19 for the limited purposed of assessing whether an appeal should be filed, and if so, what arguments should raised on appeal. It is further ordered that the court's 12/1/16 sealing order, ECF #4, otherwise remains in effect. (Signed by Judge Reggie B. Walton on 7/8/19). (tj) (Entered: 07/08/2019) |
| 08/05/2019 | 42 | | TRANSCRIPT OF PROCEEDINGS in case as to HUWIDA FADL before Judge Reggie B. Walton held on 3/8/2019; Page Numbers: 1-35. Court Reporter/Transcriber Nancy J. Meyer, Telephone number (202) 354-3118, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>(zhsj) (Entered: 08/07/2019) |
| 08/05/2019 | 43 | | ENTERED IN ERROR.....TRANSCRIPT OF PROCEEDINGS in case as to HUWIDA FADL before Judge Reggie B. Walton held on 12/19/2016; Page Numbers: 1-67. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced |

| | | | |
|---|---|---|---|
| | | | above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>(zhsj) Modified on 4/22/2020 (zhsj). (Entered: 08/07/2019) |
| 08/05/2019 | 44 | | TRANSCRIPT OF PROCEEDINGS in case as to HUWIDA FADL before Judge Reggie B. Walton held on 7/28/2017; Page Numbers: 1−3. Court Reporter/Transcriber Cathryn J. Jones, Transcripts may be ordered by submitting the |

Notice of Appeal Criminal                                                          Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 16-211(RBW) UNDER SEAL
)
Huwida Fadl )

## NOTICE OF APPEAL

Name and address of appellant:   HUWIDA FADL

Name and address of appellant's attorney:   Kira Anne West
712 H STREET N.E., UNIT 509
WASHINGTON, D.C. 20002

Offense:  18 U.S.C. 1956, CONSPIRACY TO COMMIT MONEY LAUNDERING

Concise statement of judgment or order, giving date, and any sentence:

Defendant's motion to withdraw her plea is denied. JULY 15, 2021.

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_____7/21/21_____                     _____
DATE                                    APPELLANT

                                        _____
                                        ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE           [✔]
PAID USDC FEE         [ ]
PAID USCA FEE         [ ]

Does counsel wish to appear on appeal?                      YES [✔]    NO
Has counsel ordered transcripts?                             YES [✔]    NO
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✔]    NO

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 16-211 (RBW) |
| ) | **UNDER SEAL** |
| HUWEIDA FADL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

In accordance with the oral rulings issued by the Court at the hearing held on July 15, 2021, via videoconference, it is hereby

**ORDERED** that the defendant's motion to withdraw her plea of guilty is **DENIED**.

**SO ORDERED** this 15th day of July, 2021.

REGGIE B. WALTON
United States District Judge

10

```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
--Case Participants: Judge Reggie B. Walton (harold_smith@dcd.uscourts.gov,
walton_chambers@dcd.uscourts.gov)
--Non Case Participants: AUSA Document Clerk (adavis@usa.doj.gov,
carolyn.carter-mckinley@usdoj.gov, usadc.criminaldocket@usdoj.gov,
usadc.ecfhov@usdoj.gov), Pretrial Notification (psadistrictcourtgroup@psa.gov), Probation
Court Notices (dcpdb_probation_court_notices@dcp.uscourts.gov)
--No Notice Sent:

Message-Id:7238106@dcd.uscourts.gov
Subject:Activity in Case 16-211 Sealed v. Sealed (Redacted Notice)
Content-Type: text/html
```

## U.S. District Court

## District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 7/15/2021 at 2:30 PM and filed on 7/15/2021

**Case Name:** USA v. FADL
**Case Number:** 1:16-cr-00211-RBW *SEALED*
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Judge Reggie B. Walton: Motion Hearing as to HUWIDA FADL held on 7/15/2021. Oral ruling issued, denying defendant's oral motion to Withdraw her Guilty Plea. A written order will issue from Chambers. Bond Status of Defendant: Supervised Release/Appeared by Video; Court Reporter: Lisa Edwards; Defense Attorney: Kira West; US Attorney: Jonathan Baum; (hs)**

**1:16-cr-00211-RBW *SEALED*-1 Notice has been electronically mailed to:**

**1:16-cr-00211-RBW *SEALED*-1 Notice will be delivered by other means to::**

---

*REDACTED NOTICE FOLLOWS*

---

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not

11

apply.

**NOTE: This docket entry (or case) is SEALED. Do not allow it to be seen by unauthorized persons.**

<div align="center">

U.S. District Court

District of Columbia

</div>

**Notice of Electronic Filing**

The following transaction was entered on 7/15/2021 at 2:30 PM and filed on 7/15/2021

| | |
|---|---|
| **Case Name:** | Sealed v. Sealed |
| **Case Number:** | <u>16-211</u> (Requires CM/ECF login) |
| **Filer:** | Redacted |
| **Document Number:** | No document attached |

**Docket Text:**
**Redacted due to sealed restriction. Docket text can be viewed via the unredacted NEF receipt available <u>here</u>.** (Requires CM/ECF login)