# EXHIBIT B

1           **IN THE UNITED STATES DISTRICT COURT**

2              **FOR THE DISTRICT OF COLUMBIA**

3   UNITED STATES OF AMERICA       .
                      Plaintiff,   .
4   vs.                            .   Docket No. CR 16-211-RBW
                                   .
5   HUWIDA FADL                    .   Washington, D.C.
                                   .   December 19, 2016
6                 Defendant.       .
    . . . . . . . . . . . . . . . .x   10:33 a.m.

7

8                 TRANSCRIPT OF PLEA HEARING

9       BEFORE THE HONORABLE SENIOR JUDGE REGGIE B. WALTON

10                UNITED STATES DISTRICT JUDGE

11  APPEARANCES:

12  For the Government:  Marie Dalton, Trial Attorney
                         Stephen A. Gibbons, Trial Attorney
13                       U.S. DEPARTMENT OF JUSTICE
                         Asset Forfeiture and Money
14                        Laundering Section
                         1400 New York Avenue, NW
15                       Bond Building, Suite 10100
                         Washington, DC 20005

16

17  For the Defendant:  Atiq Ahmed, Esquire
                        1320 19th Street, NW - Suite 202
18                      Washington, DC 20036

19

20  Court Reporter:  Cathryn J. Jones, RPR
                     Official Court Reporter
21                   Room 6521, U.S. District Court
                     333 Constitution Avenue, N.W.
22                   Washington, D.C. 20001

23

24

    Proceedings recorded by machine shorthand, transcript
25  produced by computer-aided transcription.

1              **P R O C E E D I N G S**

2              THE DEPUTY CLERK:  Your Honor, this morning this

3    is the matter of United States versus Huwida Fadl.  This is

4    Criminal Record 16-211.  Ask the parties to step forward and

5    identify yourselves for the record.

6              MS. DALTON:  Marie Dalton for the United States.

7              MR. AHMED:  Good morning, your Honor, Atiq Ahmed

8    for Ms. Fadl, she is present.

9              THE COURT:  Good morning.

10             MR. GIBSON:  Good morning, your Honor.  Stephen

11   Gibbons also for the United States.

12             THE COURT:  Good morning, Mr. Ahmed.  I understand

13   that your client is prepared to enter a plea of guilty

14   today?

15             MR. AHMED:  Yes, your Honor.

16             THE COURT:  She can come on up.  I assume that you

17   have thoroughly reviewed with her the government's plea

18   letter dated November 4th, 2016, and you also have reviewed

19   with her the elements of the offense the government would

20   have to prove beyond a reasonable doubt to establish her

21   culpability, also the various penalties she faces by

22   entering a plea of guilty, and also the various rights she's

23   going to be waiving by entering a plea of guilty?

24             MR. AHMED:  Yes, your Honor.

25             THE COURT:  You're confident she understands all

1    of that?

2            MR. AHMED:  Yes, your Honor she speaks Arabic, so

3    we may have to proceed a little slowly.

4            THE COURT:  She speaks no English?

5            MR. AHMED:  She speak some English, but not enough

6    to go through the proceeding.

7            THE COURT:  Very well.  Let me just ask -- Miss,

8    for the record, please state your name.

9            THE DEFENDANT:  Huwida Fadl.

10           THE COURT:  And you have an interpret who's

11   interpreting for you.  Do you have any difficulty

12   understanding what she's saying?

13           THE DEFENDANT:  No, not at all.

14           THE COURT:  If at anytime during the course of

15   these proceedings you need to have her further explain

16   something that maybe you don't fully understand just let me

17   know and we'll stop and have that happen.

18           THE DEFENDANT:  Okay.

19           THE COURT:  You can place her under oath.

20           Thereupon,

21                           HUWIDA FADL

22   having been first duly sworn by the Deputy Clerk, was

23   examined and testified, as follows:

24           THE DEFENDANT:  Yes.

25

1   BY THE COURT:

2   Q    Miss, you should understand that now that you've been

3   placed under oath anything you say to me in response to the

4   questions I'm going to ask you could be used against you in

5   the future if you were charged with perjury or for making a

6   false statement.  Do you understand that?

7   A    Yes.

8   Q    Do you understand what perjury is?

9   A    Yes.

10   Q    And you understand that that's making a false statement

11   under oath?

12   A    Yes.

13   Q    Understanding what I've just said to you about the fact

14   that you could be charged for perjury or for making a false

15   statement now that you've been placed under oath, do you

16   want to response to my questions?

17   A    Yes.

18   Q    How old are you, Miss?

19   A    Forty-six.

20   Q    Forty-six?

21   A    Yes.

22   Q    And how far did you go in school?

23   A    At university level.

24   Q    So you have a Bachelor's degree?

25   A    Yes.

1   Q    So I assume you are able to read and write, but in

2   Arabic; is that right?

3   A    Yes.

4   Q    Are you able to read and write in English to any

5   degree?

6   A    A little bit.

7   Q    Okay.  Have you ever had any treatment for any type of

8   mental illness or emotional disturbance?

9   A    No.

10  Q    Have you recently had any alcohol, any type of drugs,

11  narcotics or medication that's currently affecting your

12  ability to understand what's going on here today?

13  A    No.

14  Q    Okay.  I have before me this letter from the

15  government's lawyer to your lawyer and it sets forth the

16  government's plea offer.  And it is a 14 page document, and

17  on the 14th or last page of the document I see what

18  appears -- actually, I'm sorry, it's on the 13th page.  No,

19  wait a minute.  I'm sorry, it's on the 14th page, the last

20  page I see what appears to be your signature.  Did you sign

21  this document?

22  A    Yes.

23  Q    And did you review this document with your lawyer

24  before you signed it?

25  A    Yes.

1   Q    And do you fully understand everything that's in this

2   document as he described it to you?

3   A    Yes.

4   Q    Were you able to read the document, or he read it to

5   you?

6          MR. AHMED:  If I may, your Honor.  The prosecution

7   had graciously furnished us with Arabic versions of the

8   agreement.  She was reviewing the Arabic version of the

9   agreement, the several times I sat down with her and

10  discussed it.

11  BY THE COURT:

12  Q    Is that correct?

13  A    Yes, correct.

14  Q    And you understood what was in that Arabic version?

15  A    Yes.

16  Q    Okay.  Miss, I'm going to review this document with you

17  and make sure that we have the same understanding as to what

18  the agreement is.

19  A    Okay.

20  Q    First of all, I understand that you are going to plead

21  guilty to the criminal offense of conspiracy to commit money

22  laundering, which is a violation of Title 18 of the United

23  States Code, Section 1956(h).  Is that in fact what you're

24  going to plead guilty to?

25  A    Yes.

1   Q    And you're pleading guilty to what is called a criminal

2   information, which means the government itself has prepared

3   the document that you're going to plead guilty to.  Do you

4   understand that?

5   A    Yes.

6   Q    Now because you're pleading guilty to what is called a

7   felony, which means you can be sentenced to more than one

8   year in prison, you do have a right to have your case

9   presented to the Grand Jury and indicted by the Grand Jury.

10  The Grand Jury consists of 23 people selected from the

11  Washington, D.C. community.  At least 16 of those people

12  would have to be in the Grand Jury room when your case was

13  heard by the Grand Jury, and at least 12 of those people

14  would have to vote to charge you with this offense in order

15  for you to be indicted.  Do you understand that?

16  A    Yes.

17  Q    Now I have before me this document entitled Waiver of

18  Indictment with what again has your, or appears to have your

19  signature on it.  Did you sign this document?

20  A    Yes.

21  Q    And did your lawyer review this document with you also?

22  A    Yes.

23  Q    And do you understand that by signing this document and

24  by entering a plea of guilty today that you're going to be

25  giving up your right to have your case heard by the Grand

1    Jury and, therefore, indicted by the Grand Jury?

2    A    Yes.

3    Q    Now I'm going to go over -- well, I also understand

4    that as a result of your agreeing to plead guilty to this

5    charge that the government has agreed not to charge you with

6    any other offenses they could have charged you with based

7    upon what they have put forth in this Statement of Offense.

8    Do you understand that?

9    A    Yes.

10   Q    Now, I'm going to go over with you the potential

11   penalties you face by pleading guilty.  First of all, you

12   should understand that I could put you in prison for up to

13   20 years.  Do you understand that?

14   A    Yes.

15   Q    I also could fine you up to $250,000 or two times the

16   amount of any monetary or money or financial gain or loss

17   that occurred as a result of what you did.

18   A    Yes.

19   Q    Also under the United States sentencing guidelines I

20   could require that you pay a fine in an amount sufficient to

21   pay for the cost of your incarceration, if you are

22   incarcerated, and also if you're on community supervision

23   the cost of your supervision in the community.  Do you

24   understand that?

25   A    Yes.

1  Q    I also have to require that you pay $100 to the court

2  as what is called a special assessment.  Do you understand

3  that?

4  A    Yes, I do understand.

5  Q    Now in reference to any monetary or money obligation I

6  would impose if I gave you the opportunity to pay that money

7  over a period of time, if you were late in making your

8  payments I could require that you pay penalties and interest

9  for those late payments.  Do you understand that?

10 A    Yes.

11 Q    Also I have to require that you pay restitution which

12 means that if there was a loss to somebody I would have to

13 require that you pay that money back.  Do you understand

14 that?

15 A    Yes.

16 Q    Now I don't know what your prior history is as far as

17 criminal behavior is concerned.  It's indicated that you

18 don't have any prior record, but I do have to let you know

19 that if you were in the past convicted of two or more either

20 crimes of violence or felony drug convictions then you would

21 qualify as a career criminal.  And if you qualified as a

22 career criminal then the sentence I could give you would be

23 greater than the 20 years.  In fact, under certain

24 circumstances I could sentence you to a period of prison for

25 the rest of your life without the possibility of ever being

1    released.  Do you understand that?

2    A    Yes, I do understand.

3    Q    Understanding all of those potential penalties that you

4    face, do you still want to enter a plea of guilty?

5    A    Yes.

6    Q    Now I assume your lawyer has explained to you the

7    factors I have to consider in deciding what the appropriate

8    sentence is?

9    A    Yes.

10   Q    Let me explain those to you.  There are two things that

11   primarily I have to consider.  One, I have to consider the

12   United States sentencing guidelines.  And those guidelines

13   are based primarily on two factors; one, the nature of the

14   charge that you pled guilty to; and two, any prior criminal

15   history that you have.  Those factors among others are

16   considered in deciding what your appropriate guideline

17   sentence is.  And the guidelines are calculated in months.

18   There will be a high number of months that the guidelines

19   say I should not go above, and there be a low number of

20   months that the guidelines say I should not go below.

21          However, the guidelines are not mandatory, which

22   means I don't have to follow them but I do have to at least

23   consider them in deciding what the appropriate sentence is

24   in your case.  Do you understand that?

25   A    Yes.

1    Q    And I assume your lawyer has told you what he thinks

2    the guideline sentence is in your case; is that right?

3    A    Yes.

4    Q    And I assume what he told you is correct.  However, you

5    should understand that I have to make my own independent

6    decision as to what the guidelines are, and I could conclude

7    that the guidelines are different than what your lawyer told

8    you.  In fact, I could conclude the guideline is higher than

9    what your lawyer told you.  Do you understand that?

10   A    Yes, of course.

11   Q    And if I made that determination it would be my

12   determination of what the guideline is that controls.  Do

13   you understand that?

14   A    Of course.

15   Q    And I could decide to give you a sentence all the way

16   up to the maximum of 20 years regardless of what you were

17   told the guidelines were by your lawyer.  Do you understand

18   that?

19   A    Yes.

20   Q    And if I decide that the guidelines are different than

21   what you were told, in fact higher than what you were told,

22   and I gave you a sentence within that higher guideline or

23   even above the guidelines that would not be a basis for you

24   to withdraw your guilty plea in this case.  Do you

25   understand that?

1   A    Of course.

2   Q    I also have to consider factors that are set forth in

3   the United States Code.  And some of those factors are

4   again, I have to consider the nature of the charge that you

5   pled guilty to.  I have to decide to what extent society

6   needs to be protected from you based upon what you did.  I

7   have to decide to what extent you should be punished based

8   upon what you did.

9        I also have to decide to what extent a message

10  needs to be sent to you and other people that this type of

11  behavior will not be tolerated.  I also have to consider how

12  other individuals who committed the same type of crime with

13  the same type of background you have how they have been

14  treated.  And I also have to consider to what extent things

15  could be done in your life that may cause you not to commit

16  a crime again.  Do you understand that?

17  A    Okay.

18  Q    Yes?

19  A    Yes.

20  Q    Understanding all of what I just indicated, do you

21  still want to enter a plea of guilty?

22  A    Yes.

23  Q    Now as I said the United States sentencing guidelines

24  is one of the factors I have to consider.  And I understand

25  that there's been an agreement reached between you, your

1  lawyer, and the government's lawyers about those guidelines;

2  is that right?

3  A    Yes.

4  Q    Now you should understand that I am not a part of that

5  agreement.  And obviously I'll listen to what that agreement

6  is, and I may or I may not decide to comply with that

7  agreement.  Do you understand that?

8  A    Yes, of course, I do understand.

9  Q    And if I decided not to comply with that agreement that

10  would not be a basis for you to withdraw your guilty plea.

11  Do you understand that?

12  A    Of course.

13  Q    Now the guidelines as I say are based upon primarily

14  two factors; one, the nature of the crime that you're

15  pleading guilty to; and two, any prior criminal history that

16  you have.  And as I understand the agreement here is that

17  your offense level which is based upon the offense you're

18  pleading guilty to would be 25.  Do you understand that?

19  A    Yes.

20  Q    However, I understand the government has agreed they

21  will recommend to me that I reduce that by two points based

22  upon the fact that you are accepting responsibility for what

23  you did.  However, the determination of whether you are

24  accepting responsibility rests totally with the government.

25  And you have an obligation to continue to acknowledge what

```
 1   you did up until the time that you're sentenced.  Do you
 2   understand that?
 3   A    Yes.
 4   Q    Also the government will take into account how you
 5   conduct yourself between now and when you're sentenced in
 6   deciding whether they will request that I give you that two
 7   point reduction.  Do you understand that?
 8   A    Yes.
 9   Q    And the government has agreed that they will recommend
10   that two point reduction again because you're accepting
11   responsibility for what you did and also because you are
12   providing assistance to them in reference to this case.  Do
13   you understand that?
14   A    Yes.
15   Q    Now the government could decide that they were not
16   going to recommend that I give you that two point reduction,
17   and they also could request that I impose an adjustment of
18   that offense level for obstruction of justice regardless of
19   any promise that they made in this agreement.  If you sought
20   to withdraw your guilty plea after you've entered the guilty
21   plea, or if the government should determine that you either
22   engaged in conduct unknown to the government at the time you
23   signed this agreement that amounted to obstruction of
24   justice, or if you engaged in further criminal behavior
25   between now and when you go to sentencing.  Do you
```

1    understand that?

2    A    Yes.

3    Q    So if the government does make that recommendation for

4    the two point reduction, which I'm not obligated to give

5    you, but if they make that request and I gave you that

6    reduction that would then reduce your offense level to 23.

7    Do you understand that?

8    A    I do understand.

9    Q    Also the government has indicated that because your

10   participation was considered to be minor that they also

11   would recommend that your offense level be reduced by an

12   additional three points.  Do you understand that?

13   A    Okay.

14   Q    However, again you should understand that the

15   government could refuse to recommend that I give you that

16   three-point reduction, and they could also make a request

17   for an adjustment for obstruction of justice if that

18   occurred again, regardless of any agreement they made to you

19   if you seek to withdraw your guilty plea after it's been

20   entered, or if the government determined that you engaged in

21   conduct they didn't know about at the time you signed this

22   agreement, or if you commit another criminal offense pending

23   your sentencing.  Do you understand that?

24   A    Yes.

25   Q    So if the government did make that request for an

1   additional three point reduction and I agreed to give you

2   that three-point reduction that would reduce your offense

3   level to 20.  Do you understand that?

4   A    I do understand.

5   Q    And according to the government they don't know if you

6   have any prior criminal history.  Therefore, your estimated

7   criminal history score would be zero and you would be in

8   category one.  Do you understand that?

9   A    Yes, I do understand.

10  Q    However, if the government did find out that you did

11  have a prior conviction then they would be able to use that

12  in order to increase what your criminal history score is.

13  Do you understand that?

14  A    Okay.

15  Q    So if your offense level is reduced to 20, and if your

16  criminal history category is level one then the guideline

17  sentence that you would face would be 33 months in prison on

18  the bottom and 41 months in prison on the top.  Do you

19  understand that?

20  A    Yes.

21  Q    And the fine range would be $7,500 on the bottom and

22  $75,000 on the top.  Do you understand that?

23            THE INTERPRETER:  So your Honor, what is the high?

24            THE COURT:  75,000.

25            THE DEFENDANT:  Yes.

1    BY THE COURT:

2    Q    And you do, however, through your lawyer have the right

3    to ask me to give you a fine less than the guideline amount.

4    Do you understand that?

5    A    Yes.

6    Q    I also understand that both you and the government

7    agree that solely for the purpose of calculating what your

8    guideline range is under the sentencing guidelines that

9    neither a downward nor upward departure from the estimated

10   guideline range is warranted.  Do you understand that?

11   A    Yes.

12   Q    ███████████  █████ ██ █  █████████  ████████ ██ █████

13   ████  ████  ████  █████  ████  ████  ████  ████  ████  ██

14   ████  ████████  █  ████████  █████  ████  ████  ████████

15   █████████  ███  ██ ██  ████████  █████

16   A    ████

17   Q    ███  ████████  ████  ████  ████  ██████ █  █████

18   ████  ██  ████  █████  ████  ████  ████  ████  ████████

19   ████  ████  ████ █  ████  ████  ████  ████████

20   ████████  ████  ████ █  █  ████  ████  ████  ████

21   ████████  ████  ████  ████  ████  ████  █████

22   ████  ██  ██ █  █  ████  ████ █  █████  ██

23   ████████  ████  ██ █ █  ████  ████  ████  █████

24   ████  ██████  ████  ████  ████  ████  ██ ██

25   understand that?

1  A    Yes.

2  Q    Also you should understand that the agreement regarding

3  the guidelines only applies to conduct that would have taken

4  place before you signed this plea agreement.  Do you

5  understand that?

6  A    Yes.

7  Q    Therefore if you were to commit any type of conduct

8  after you signed this agreement that would form a basis for

9  an increase in your offense level or justify a sentence

10 above the top of the guidelines.  An example of things that

11 you could do, but it's not limited to this, would be if you

12 engaged in obstruction of justice.  If you're released

13 pending your sentencing and you failed to come back for

14 court, or if you committed another criminal offense while

15 you were pending sentencing, or if you make false statements

16 to law enforcement agents, the probation department, or

17 myself.

18       If you did anything of that nature then the

19 government would be free to walk away from the promises they

20 made to you regarding these guidelines.  Do you understand

21 that?

22 A    Okay.

23 Q    I also understand that both you and the government

24 agree that a sentence within the estimated guideline range

25 would constitute a reasonable sentence based upon the

1   factors I told you I have to consider under the United

2   States Code if your sentence ended up being subject to

3   review by a higher court even though there are waivers or

4   things that you're giving up in reference to your right to

5   take your sentence to a higher court.  Do you understand

6   that?

7   A    I do understand.

8   Q    Also you should understand that nothing in this

9   agreement limits either your right or the government's right

10  to make arguments of what your sentence should be based upon

11  the factors I have to consider under the United States Code.

12  Do you understand?

13  A    Yes.

14  Q    ███ ██████████████ ███ █████████████ ████████████ ███

15  ███████ ███████ ███ █████ ██ █████ █ █████ ██ ███████ █

16  ███ ██████████ ████ █████ ████████ ██████ ███ ███ ██

17  government keep the right to describe fully both orally and

18  in writing to me the nature and seriousness of your conduct

19  or misconduct including any misconduct not described in the

20  charges to which you're pleading guilty.  Do you understand

21  that?

22  A    Yes.

23  Q    Also you and the government keep your right to inform

24  the presentence report writer and myself of any relevant

25  facts, to dispute any factual inaccuracies in the report,

1   and to contest any matters not provided for in this

2   agreement.  Do you understand that?

3   A    I do understand.

4   Q    Also if I were to consider any sentencing guideline

5   adjustments, departures, or calculations different than what

6   you and the government has agreed to, or if I considered

7   giving you a sentence outside of the guideline range based

8   upon factors I have to consider under the United States

9   Code, then both you and the government reserve the right to

10   answer any questions I would make to you in reference to

11   that.  Do you understand that?

12   A    Yes.

13   Q    Also to the extent that the government has either

14   agreed to take a certain position regarding your sentence or

15   not take a position regarding your sentence those agreements

16   only apply at the time of your sentencing.  They do not

17   apply to events that could take place after you're sentenced

18   including matters before the Federal Bureau of Prisons.  Do

19   you understand that?

20   A    Yes.

21   Q    You also should understand that once you're sentenced

22   the government is not agreeing that they'll come back to me

23   and ask that I reduce that sentence.  Do you understand

24   that?

25   A    Yes.

1  Q    You also should understand that the government is not

2  nor can they make any promise to you about what sentence you

3  actually will receive.  Do you understand that?

4  A    Yes, I do understand.

5  Q    ███  ██ ██  ██████████  ██████  █████  ██████  ████  ███████

6  ███████  ███  ████  ███  ██  █████  █  █████  ███  ████

7  ██████  ███  ███████  █████  █  █████  ███  █████  ███████  ████████

8  ███  █████  ███  ███  █████  ███  █████  ███  ██  █████████

9  ██████████  █████  █████  █████  █████  █████  ███  ███████

10  ██████  ████  ██████  █████  ██  ██  ██████  █████  █████

11  A    Yes.

12  Q    However, I don't have to agree to that.  I could decide

13  despite their request that you should be locked up today

14  pending your sentencing.  Do you understand that?

15  A    Yes.

16  Q    And if I made that decision that would not be a basis

17  for you to withdraw your guilty plea.  Do you understand

18  that?

19  A    Yes.

20  Q    ███  ██ ██ ██  ████  █████  ██  █████  ███████  ███

21  ████  ███████  ████  ██  ██  ██  █  █████  ███  ███  ████

22  █████  ███  ████  ███  ████  ███  █████  █████  ███  ████

23  ███  ████  ████  ██  ██  ██████  █████  ███  ██  ██  █████

24  ████

25  A    Yes.

1   Q    If you didn't do those things then the government could

2   come to me in private and they could ask me to issue a

3   warrant for your arrest.  Do you understand that?

4   A    Yes.

5   Q    ███ ██ ██ ███ ████ ██ ██ ██ ████████ ██

6   ████ ██ ██ ██ ███ █ ██ ████ ██ ██ ██ ████████

7   ███ █ ██ ████ █ ██ ██ ████ ████ ███ ██ ██ █

8   ████ █ ██ ██ ████ ██ ██ █ ██ ████ ████ ████

9   ██ ██ █████ ███

10  A    Yes.

11  Q    Now as I said, and as you know, there is a requirement

12  ███ ██ ████ ████ ████ ██ ████ ██ ██

13  ████ ██ ███ ██ ██ ██ ████ ███

14  ████ ██ ██████ ████ ███ ██ ████

15  ████ ██ ██ ██ ██ █ ███ ███

16  ████ ██ ████ ████ ██ ██ ██ ██ ████

17  ██ ██ ██ ██ ██ █ ██ ███ ████

18  ████ ██ █ ██ ████ ██ ████

19  A    Yes.

20  Q    ██ ██ ████ ████ ██ ██ ████ ██

21  ████ ██ ██ ██ ████ ██ ████ ██ █

22  ████ ██ ██ ████ ██ ████ ███ ████

23  ████ ██ ██ ████ ██ ████ ████

24  ████ ██ ██ ████ ██ ████ ██ ████

25  ██ ████ ███ ████ ███ █ ██ ███ ██

1    A      Yes.

2    Q      ███ ████ ███ ████ ████ ███ ████ ████ ████

3    ████ ██ ██ ███████ ██ █████ ██ ███ ████

4    █████ ██ ██ ██ ██████ █████ ██ ████ ██

5    ████ ████ ██ ████ ██ ████ ██ █ ███ ██ █

6    ████ ██ ██ ████ ██████ ██ ██ ███ ████

7    A      Yes.

8    Q      And as a result of that breach or violation the

9    government could then walk away from every promise they've

10   ██ ██ ██ ██ ██ ██ ██ ██ ██ ██ ██

11   ██ ██ ██ ██ █ ██ ██ ██ ██ ██

12   ██ ██ ███ ██ ██ ██ ██ ██ ██ ██

13   their end of the bargain you would nonetheless be stuck with

14   this agreement.   Do you understand that?

15   A      Yes.

16   Q      ███ ██ ██ ██ ████ ██ ██ ██ ██ ██

17   ████ ██ ██ ████ ████ ██ ██ ██

18   ████ ██ ██ ██ ████ ██ ██ ██

19   ████ ██ ██ ██ ████ ██ ██ ██████

20   ████ ████ ██ ████ ██ ██ ██ ████ ██ ██

21   ████ ██ ██ ██ ███ ██ ██ ████ ███

22   A      Yes.

23   Q      Also you are agreeing to the forfeiture of any such

24   assets that are considered to be proceeds of crime or

25   traceable to proceeds of crime that are still in your

1   possession or control.  Do you understand that?

2   A    Yes.

3   Q    You also have an obligation to submit to a complete

4   accounting of your financial assets whether those assets are

5   in your name or in the name of some third person.  Do you

6   understand that?

7   A    Okay.

8   Q    ███  ███  ███  ██████  ██████  ███  ███  ███  ██

9   ██████████  ███  ███  ██████  ███  ███  █████

10  ████████  ██  ███  ███  ██  █████  ██████  ███

11  ██████  ██  ███████  ████  ██████  ███  ███  ██

12  ██████  ██  █████████  ███  █████  ████  ██████  ██  ██

13  ████████  ██████

14  A    Yes.

15  Q    ███ █  ██████████  ████  ██████  ███  ██  ███  ██████

16  █████  ██  ██  ███  ███  ██████  ███  ██  ███  ███████

17  ██  ███  █████

18  A    True.

19  Q    ██████  ███  ██  ███  █████  ████  ██  ███  █████

20  ██████  ███  ██  █████  ████  ██  ███  ███  ██

21  ██████  ██  ███  ███  █████  ████  ██  ███  ███  ██

22  ██████  ███  ██  ███  █████  ██  ███  ████████  ████

23  A    Yes.

24  Q    ███  █████  █████  ███████  ███  ███  ██████

25  ████████  ███  ███  ███  ██  ██  ██████  ███ █  █████  ███  ██



7    A    Yes.

8    Q    Now you should understand that nothing in this

9    agreement should be considered by you as permitting you to

10   commit the crime of perjury, to make false statements or

11   declarations, to obstruct justice, or to commit any further

12   criminal offenses pending your sentencing.  Do you

13   understand that?

14   A    Yes.

15   Q    And if you did anything of that nature the government

16   is keeping its right to prosecute you for such conduct.  Do

17   you understand that?

18   A    Okay.

19   Q    And if you did anything of this nature that would be

20   considered a breach or a violation of this agreement.  Do

21   you understand that?

22   A    Yes.

23   Q

██████████ ████████ █████ █████ ██ █████ ████

████████ ███ █ ████ █████ ███ █████ █████ ██████

███ ██ ██ █████ ███ ████ ████ █ ████ ███ █████ ██

████ ███ █████ ████ ███ █████ ██ ██ ████ ██ ██

██████ ████

A     Yes.

Q     And I think as I've already indicated before you are

agreeing that you understand that nothing in this agreement

permits you to commit any further criminal offenses whether

they be federal, state, or local criminal offenses pending

your sentencing.  Do you understand that?

A     Yes.

Q     And if you did commit another crime whether it be

federal, state, or local, again that would be a breach or a

violation of this agreement.  And as a result of that the

government could walk away from every promise its made to

you in this agreement, but nonetheless, you would still be

held to this agreement.  Do you understand that?

A     Yes.

Q     And if you are released pending your sentencing then

you'll have an obligation to biweekly contact by telephone

or in person the United States Pretrial Services agency, and

also any law enforcement agents that the government said you

had to maintain contact with pending your sentencing.  Do

you understand that?

1    A    Yes.

2    Q    ███ ██ ██████ ███ ███ █████ ██ ███

3    ████████ ██ ███ ███ ████ ███ ██████ ██ ███ ██ ██

4    ███████ ██ ██████████ ██ ███ ██████████ ███████ ████

5    █████ ██ ██ █████████ ████

6    A    Yes.

7    Q    ████ █ ████ ██ ████ ██ █ ███ ██ ███

8    ████████ █████ ███ ██ █ ████ ███ ███ ████ ███

9    █████ ███ ██████ ████ ██████ ███ █████

10   ████████ ██ ██ █ ██████ █████ ██ ██ ███

11   █████

12   A    Yes.

13   Q    ███ ██ ██████ ██ ██ █████ ████ ██ ███

14   ██ ██ ███████ ██ █ ███ ████ ███ █████ ██ █

15   ██ ██ █ █ ███████ ██ ██ █ █████ ██ ██ ████

16   █ █ █████ ████ ██████ ██ █████ █████ ██ ██

17   ████ ██ ████ ████ ████████ ████ ████ ██ ██

18   ██████ ██ ██ ████ ████████ ██ ██████ ██ ███

19   █████ ██ ███ ██████ ██ ██ ██ █ ██ █

20   ██████ ███████ ██ ████ ██ ██████████ ██ ██

21   ███████ ███

22   A    Yes.

23   Q    ███ ████████ ██ ██ ████ ████████ ██ ██

24   ████ ███ ████ ████ ███ █████ ███ ██ ███

25   ████ ███ ████ ███ ███ ████ ███ ██ ███ ██

1 ███████ ██████ ████ ████ ████ ███ ████ █████ ████

2 ██████ █████ ████ ███ ████ █████ ██ ████ ████ ████

3 ███ █████ ████ ███ ████ ██████ ████ ████ ████ ███

4 ███ ████ ████ ███ ████ ██████ ████

5 A    Yes.

6 Q    ████ ████ ████ ████ ██ ████ ██████ █ ███

7 ████ ████ ███ ██ ████ ████ █████ ████ █ ████ ████ █

8 ████ ████ ████ ████ █████ ██████ ██ ███

9 ██████ ████

10 A    Yes.

11 Q    ████ ███ ████ ████ █████ ██ ████ ████ ████ ███

12 █████ ██████ █████ ████ ██████ ██████ █ ███ █████

13 ███ ████ ███ ████ ████ ███ ███ ████ ███

14 █████ ███ █ ████ ████ ████ ████ ███ █████ ███

15 ███ ████ ████ █████ ██ ████ ███ ████ █ ███ ████

16 ██████ ████ ████ ███ █ ████ ███ ███ ██████

17 ███ ████ ████ ██ ███ ██████ ███ ████

18 A    Yes.

19 Q    Now there are certain rights that you're giving up and

20 I'll go over some of them later, but I'll cover some of them

21 now.  One of those is what is called venue, which means that

22 if a person commits a crime there are various federal

23 judicial districts throughout the United States that person

24 has a right to have their case brought in that particular

25 jurisdiction where the offense occurred.  Do you understand

1  that?

2  A    Yes.

3  Q    I understand that you're giving up that right and

4  you're agreeing that this case is appropriately in this

5  court.

6  A    Yes.

7  Q    You also are giving up what is called a Statute of

8  Limitations defense.  That means if a person commits a crime

9  the government has an obligation to charge them with that

10  crime within a certain period of time.  If the government

11  fails to charged the person within that period of time

12  required by law, and they charge the person with the crime

13  after that time period has expired then the person can say

14  it's too late to charge me.  And if they can make that

15  showing then the charges would have to be dismissed.

16          Do you understand that?

17  A    Yes.

18  Q    However, you're going to waive or give up that right by

19  pleading guilty because if when you signed this agreement

20  there were other crimes that you could have been charged

21  with, and that time period had not yet expired, but if for

22  some reason this guilty plea goes away, it's withdrawn or

23  whatever, if at that later time that time period now has

24  expired you're not going to be able to argue it's too late

25  to charge me with those offenses because it was not too late

1    at the time you signed this agreement.  Do you understand

2    that?

3    A    Yes.

4    Q    Understanding that, do you still want to enter a plea

5    of guilty?

6    A    Yes.

7    Q    Now there are a number of rights that you have in

8    reference to a trial, and I'll cover most of those later.

9    One of the rights you have is to get information from the

10   government about your case so you're not surprised about

11   what they are going to seek to prove when the case goes to

12   trial, and that's called discovery.  But you're giving up

13   that right by pleading guilty which means that if you

14   haven't already received that information you're giving up

15   that right to receive that information in the future.  Do

16   you understand that?

17   A    Yes.

18   Q    Now normally when a person has discussions with the

19   government, and I understand there was some type of

20   agreement, a proffer agreement that was entered into between

21   you and the government, that any statements that you would

22   have made as a result of that proffer agreement the

23   government is agreeing that they can't use that information

24   against you.  But if you made statements outside of that

25   proffer agreement to the government when you were trying to

1  negotiate this guilty plea, and if you made statements here

2  today about your case if your guilty plea goes away, it's

3  withdrawn or something happens to the plea and you're

4  charged with some type of offenses in the future then any

5  statements you made negotiating with the government outside

6  of that proffer agreement and any statements you would make

7  here today about your case could be used against you in any

8  future criminal or civil cases.

9          Do you understand that?

10 A    Yes.

11 Q    Now if the government takes the position that you

12 violated this agreement by not complying with the terms of

13 the agreement they would only have to prove that violation

14 by what is called a preponderance of the evidence, which

15 means they only have to show that it's more likely than not

16 that you did violate the agreement.  And if they made that

17 agreement I would have to conclude that you did, in fact,

18 violate the agreement and there will be consequences which

19 I'll explain to you later.  Do you understand that?

20 A    Yes.

21 Q    And if they took the position that you violated this

22 agreement by committing a new crime they would only have to

23 show that violation by what is called probable cause, which

24 means they'd only have to show it's more probable than not

25 that you did, in fact, commit the new crime.  And if they

1   made that showing I would have to conclude that you did

2   violate the agreement and the consequences I'll explain to

3   you later would apply.

4             Do you understand that?

5   A    Yes.

6   Q    Now even though you're pleading guilty you do have a

7   right to appeal your sentence to a higher court and also the

8   manner in which the sentence was posted.  You can appeal

9   that decision to a higher court.  Do you understand that?

10  A    Yes.

11  Q    Now even though you don't know exactly what your

12  sentence is going to be, I understand that you're waiving or

13  giving up most of your rights to take your case to a higher

14  court regarding your sentencing or the manner in which the

15  sentence was imposed.  Do you understand that?

16  A    Yes.

17  Q    However you do keep your right to go to the higher

18  court if I were to give you a sentence that the law did not

19  permit me to give you, or if I were to give you a sentence

20  above what the top of the guidelines are as I conclude what

21  those guidelines are.  Do you understand that?

22  A    Yes, I do understand.

23  Q    Also if you took the position that your lawyer had not

24  provided you with effective assistance of counsel you still

25  keep that right to go to the higher court in reference to

1   your sentence.  Do you understand that?

2   A    Yes.

3   Q    Now there is what is called the right to collaterally

4   attack your sentence.  And that means you would be bringing

5   issues regarding your sentence back to me to have your

6   sentence reduced.  However, I understand that you're giving

7   up most of your rights in that regard too.  Do you

8   understand that?

9   A    Yes.

10  Q    However, you do keep the right to bring your case back

11  to me regarding your sentence if it was based upon what is

12  considered newly discovered evidence which would be new

13  information that you did not know about at the time of your

14  sentencing.  And also again, if you took the position that

15  your lawyer had not provided you with effective assistance

16  of counsel you'd be able to bring that issue back to me to

17  seek to reduce your sentence.  Do you understand that?

18  A    Yes.

19  Q    And the only other right that you would have to bring

20  your case back to me for sentencing is if the United States

21  sentencing guidelines were changed, and if they were changed

22  to your benefit then you'd have a right to bring that issue

23  to me asking that your sentence be reduced.  Do you

24  understand that?

25  A    Yes.

1 Q    Now there are two federal laws that sometimes people

2 who have been convicted of a crime use after they've been

3 sentenced to get additional information about their case.

4 One of those is the Privacy Act and the other one is the

5 Freedom of Information Act.  And under those statutes as I

6 say people will use those to get connection after they've

7 been sentenced about their case, but I understand that

8 you're going to waive or give up your right to use either

9 one of those laws to get additional information from the

10 government; is that right?

11 A    True.

12 Q    ██████████ ██████ █████████ ████████ ██ █ █████ ████████

13 ████ ██ ██ █ ██████ █████████ ██ █ █████ ██████ ████ ████████

14 ████ █████████ ██ █ ████████ ████ ████ ████ ████ ████ ████

15 ████████ ██ █████ ████ ██ ██ ████████ ████████

16 A    Yes.

17 Q    I understand, however, that you're going to waive or

18 give up your right to receive those fees; is that right?

19 A    Yes.

20 Q    I also understand that you and the government agree

21 that the government will be free to use against you for any

22 purpose at your sentencing in this case, or in any related

23 criminal or civil proceedings any self-incriminating

24 information you provided to law enforcement agents outside

25 of the proffered agreement that you entered into with the

1  government; is that right?

2  A    True.

3  Q    So there was this proffer agreement which is another

4  agreement that you entered into with the government.  And if

5  you made any statements in the context of that proffer

6  agreement they can't use those statements against you, but

7  if you made statements outside of that proffer agreement

8  then they would be able to use that against you at your

9  sentencing.  Do you understand that?

10 A    Yes.

11 Q    Now you do have an obligation to as I said before pay

12 restitution in this case.  And I have an obligation to

13 require that you pay restitution which means you have to pay

14 back to anybody who lost money as a result of what you did.

15 Do you understand that?

16 A    Yes.

17 Q    And I understand that you are agreeing under this

18 agreement to pay restitution to the Kuwait Health Office in

19 the amount of $1,381,001, and I guess again that's, and one

20 dollar and five cents.

21           MR. AHMED:  Your Honor --

22           THE COURT:  Yes.

23           MS. DALTON:  We submitted a revised version that

24 corrected that.  The last should be 0-1-6.

25           THE COURT:  0-1-6?

1          MR. AHMED:  Yes.

2     BY THE COURT:

3     Q    So the $1,381,006.05 that you're obligated and agreeing

4     to pay.  Do you understand that?

5          MS. DALTON:  Your Honor, that's $16.05.

6     BY THE COURT:

7     Q    I'm sorry, $16.05.  Do you understand that?

8     A    Yes.

9     Q    And the government is agreeing that they will take the

10    position that you should be responsible for paying this

11    amount along with anybody else who also is identified as

12    having been involved in this crime.  Do you understand that?

13    A    Yes.

14    Q    However, if those other people don't pay then you're

15    going to have an obligation to pay the entire amount.  Do

16    you understand that?

17    A    Yes.

18    Q    And your obligation to pay this restitution requires

19    that you pay that to the Clerk of this court, who will then

20    send it to whoever is entitled to it.  Do you understand

21    that?

22    A    Yes.

23    Q    And in order to facilitate your financial obligation to

24    pay restitution you're agreeing that you will fully disclose

25    any assets over which you have any control or exercise any

1    type of control either directly or indirectly whether it be

2    through a spouse, a nominee or a third person.  Do you

3    understand that?

4    A    Yes.

5    Q    You also have an obligation to provide a truthful

6    financial statement to the government about your financial

7    situation.  Do you understand that?

8    A    Yes.

9    Q    And if after you complete that statement, and you have

10   to do that within 30 days of when you're sentenced, if the

11   government determines that they need additional information

12   from you about your financial situation you have an

13   obligation to provide that to the government.  Do you

14   understand that?

15   A    I do understand.

16   Q    You also are agreeing that that financial statement

17   will be complete, accurate, and truthful, and that you

18   understand that if you provide any willful falsehoods about

19   your financial situation then that would be a separate crime

20   and you could be sentenced to an additional five years in

21   prison and receive a fine for providing false information.

22   Do you understand that?

23   A    Yes.

24   Q    And you're also agreeing to permit the government to

25   acquire a credit record regarding your credit situation so

1    that they can use that in deciding how to proceed in

2    reference to your restitution.  Do you understand that?

3    A    Yes.

4    Q    And you also should understand that any restitution or

5    fine imposed by the court that that obligation becomes

6    immediately enforceable by the United States government.  Do

7    you understand that?

8    A    I do understand.

9    Q    Now I can give you an opportunity to make those

10   payments in installments payments over time; however, that

11   doesn't have an impact on the government's right to seek to

12   acquire that information from you immediately.  Do you

13   understand that?

14   A    Yes.

15   Q    Also if you are sentenced to a prison sentence then if

16   you do work while you're incarcerated a part of your pay

17   would be deducted in order to pay your financial obligations

18   to the court.  Do you understand that?

19   A    Yes.

20   Q    Now as a part of this agreement you are agreeing that

21   you are promising and certifying that you have made no

22   transfer of your assets in contemplation of this prosecution

23   for the purpose of avoiding or defeating your obligation to

24   pay restitution to the court.  Do you understand that?

25   A    Yes.

1   Q    And you're also promising you'll make no transfers of

2   your assets in the future to avoid your financial

3   obligations.  Do you understand that?

4   A    Yes.

5   Q    And if you have any assets that are subject to

6   forfeiture by the United States government then the

7   government will proceed to forfeit those items, but they are

8   agreeing that if they are able to acquire any property

9   that's subject to forfeit that they would make the value of

10   those assets available for the payment of your restitution

11   that you owe the victims.  Do you understand that?

12   A    Yes.

13   Q    Now as I've said a number of times to you, you have an

14   obligation to comply with all the terms and conditions of

15   this agreement.  And you also have an obligation not to

16   commit any further crimes pending your sentencing.  Do you

17   understand that?

18   A    I do understand.

19   Q    And if you did not comply with those obligations as

20   I've told you before the government could then walk away

21   from every promise they've made to you in this agreement.

22   However, you would still be stuck with this agreement, which

23   means that you can't withdraw it.  Also if the government

24   decided not to prosecute you for other criminal offenses

25   they could then charge with you those offenses including the

1   offense of perjury and obstruction of justice.

2   ████ ███ ███ ███ ███ █ ███ ███ ███ ███

3   ███ ████ █ ███ ████ ███ ███ ████ ███ █

4   ███ ███ ███ ████ ███ █ ███ ███ ████

5   ███ ███ ███ ███ █ ███ ███ ███ ███ ███

6   ███ ███ ███ ███ ███ ███ ███ ███ ███

7   ███ ███ ███ ███ ███ ███ ███ ██

8   ███ ███ █ ███ ███ ███ ███ ███ ███ ██

9   ███ ███ ███ ███ ███ ███ ███ ███ ███

10  ██ ████ ███ █ ███ ███ █ ██ ███ ███ ██

11  A    Yes, I do understand.

12  Q    And I've already explained to you that if they take the

13  position that you breached or violated the agreement they

14  only have to prove that violation by a preponderance of the

15  evidence.  And if they take the position that you violated

16  this agreement by committing a new crime then they only have

17  to show that by probable cause.  Do you understand that?

18  A    Yes.

19  Q   ██ ██ ███ ███ ████ ██ ██ ███ █ ███

20  ███ ███ ███ ███ ███ ███ ███ ███ ███

21  ███ █ ███ ███ ███ ██ ██ ███ ███ ███

22  A    ███

23  Q   ███ ███ ███ ███ █ ███ ███ ███ ███

24  ███ █ ███ ███ ███ ███ ███ ███ ███ ██

25  ███ ███ ███ ███ ███ ███ ███ ███ ██ ███

1  ██████████████ ████ ██████████ ██████

2  A     ████

3  Q    ████ █ █████ ██████ ██████ ██████ ██████ ██ ██ ██████

4  ██████████ ██████████ ██ ████ ██████ █████ ██ ██

5  ██████ ██████

6  A     Yes.

7  Q     ██████ ██████ ██████ ████ ██████ ██████ ██████ ██████

8  ████████ ████ ████ ████ ██ ████ ████ ████ ██████ ██████

9  ██████ ██ ██████ ██████ ██████ ██████ ██ ██████ █████

10  ████ ██████ ██ ██ ██████ ██████ ████

11  A     Yes.

12  Q     Now as I understand this 14-page agreement I've been

13  going over this is the only agreement that you have with the

14  government regarding the resolution of your case; is that

15  right?

16  A     True.

17  Q     And you should understand the only way this agreement

18  can be changed is if it's done in writing.  Do you

19  understand that?

20  A     Yes.

21  Q     And finally, you should understand that this agreement

22  is only binding on the criminal division of the United

23  States Department of Justice.  It's not binding on the civil

24  division of that office.  It's also not binding on any

25  United States Attorney's office throughout the country, nor

1   is it binding on any state, local, or other federal

2   prosecutors.  Do you understand that?

3   A    Yes.

4   Q    It also does not bar or compromise any civil, tax or

5   administrative claim that may be pending against you or may

6   be made against you at some point in the future.  Do you

7   understand that?

8   A    Yes.

9            THE COURT:  Okay.  Anything else I need to cover,

10  government counsel?

11           MS. DALTON:  Not from the government.

12           THE COURT:  Mr. Ahmed, anything else?

13           MR. AHMED:  No, your Honor.

14  BY THE COURT:

15  Q    Okay Miss, in order for the government to prove the

16  charge of conspiracy to commit money laundering against you

17  they would have to prove the following things.  One, that an

18  unlawful agreement existed to violate Section 1956 and 1957

19  of the United States Code.  That's Title 18.  Do you

20  understand that?

21  A    Yes.

22  Q    They also have to show that two or more people

23  participated in that agreement and that does not include

24  undercover agents or informants.  Do you understand that?

25  A    Yes.

1  Q    They also would have to prove that you joined in that

2  conspiracy or agreement?

3  A    Yes.

4  Q    And that you joined in that agreement or conspiracy

5  with the intent to make that conspiracy succeed.  Do you

6  understand that?

7  A    Yes.

8  Q    And the 18 United States Code, Section 1956, involved

9  the offense of bank fraud and also the offenses that they

10 say you conspired to commit involved wire fraud and also

11 mail fraud.  Do you understand that?

12 A    Yes.

13 Q    And in order to establish the elements of bank fraud

14 they would have to show the government, that you knowingly

15 executed a scheme or artifice to obtain monies or other

16 property owned by or under the custody or control of a

17 financial institution by means of false or fraudulent

18 pretenses, representations, or promises.  And that the

19 financial institution was insured by the Federal Deposit

20 Insurance Corporation.  Do you understand that?

21 A    Yes.

22 Q    And in order to prove the offense of wire fraud they

23 would have to prove the formation of a scheme or artifice to

24 defraud or to obtain money by means of false or fraudulent

25 pretenses, representations, or promises, and the use of

1    interstate wire communications to execute that scheme or

2    artifice.  Do you understand that?

3    A    Yes, I do understand.

4    Q    And to establish mail fraud they would have to prove

5    the formation of a scheme or artifice to defraud or for

6    obtaining money by means of false or fraudulent pretenses,

7    representations, or promises, and the use of the mail to

8    execute that scheme or artifice.  Do you understand that?

9    A    Yes.

10   Q    Okay.  I'm going to ask the government to summary what

11   you're supposed to have done.  I do have before me this

12   Statement of Offense.  I do have before me this Statement of

13   Offense which sets forth what you are supposed to have done.

14   And it's a nine page document, and on the 9th page of the

15   document I see again what appears to be your signature.  Did

16   you sign this document?

17   A    Yes.

18   Q    And did you review this document with your lawyer

19   before you signed it?

20   A    Yes.

21   Q    And did you understand everything that's in it?

22   A    Yes.

23   Q    And did you sign this document because you did the

24   things that they say you did in this document?

25   A    Yes.

1   Q    Okay.  You and your lawyer can have a seat for a

2   minute.  I'll ask the government to summarize what you're

3   supposed to have done.  Listen to what she says and once she

4   finishes I'll ask you some questions about that.

5              MS. DALTON:  So I'm going to read some excerpts of

6   the Statement of Offense.

7              If this case had proceeded to trial the evidence

8   would show that during at least the period from January 2014

9   through October of 2014, the defendant, Ms. Huwida Fadl,

10  worked at the Kuwait Health Office located in Washington,

11  D.C.  The Kuwait Health Office was a mission office of the

12  Kuwait Ministry of Health, which coordinates and pays for

13  approved healthcare costs for Kuwaiti nationals obtaining

14  treatment in the United States.  The Kuwait Health Office

15  maintained a Bank of America account in Washington, D.C.

16             In or around January 2014 through September 2014,

17  coconspirators including certain employees at the Kuwait

18  Health Office and nonemployees conspired to steal funds from

19  the Kuwait Health Office by obtaining payment for medical

20  services that were not rendered.  Ms. Huwida Fadl joined

21  that conspiracy.

22             To carry out this theft scheme, Ms. Fadl and

23  others conspired with friends, family members, and other

24  employees to incorporate shell companies, open bank accounts

25  in the names of the shell companies, create false invoices,

1    deposit cash and checks, withdraw cash and issued checks,

2    and disbursed funds to coconspirators.

3            In furtherance of the conspiracy, Ms. Fadl

4    coordinated the delivery of fake invoices and checks between

5    certain shell company operators, calling the coconspirators

6    in order to make arrangements for them to pick up checks, to

7    deposit checks, or issue new invoices from the shell company

8    to the Kuwait Health Office.  Ms. Fadl also assisted the

9    coconspirators by depositing checks issued by the Kuwait

10   Health Office into the shell company's bank accounts.  For

11   example, on at least two occasions, Ms. Fadl collected

12   checks that had been mailed from the Kuwait Health Office to

13   UCC-1, who was a relative of her's PO box.  After collecting

14   the checks from UCC-1's PO box, Ms. Fadl deposited checks

15   issued by the Kuwait Health Office to UCC-1's shell company.

16           Ms. Fadl also assisted the coconspirators by

17   cashing checks issued from the shell companies's bank

18   accounts, so that the funds could be distributed to other

19   coconspirators.  And as compensation for her role in the

20   conspiracy, Ms. Fadl received all or a portion of the cash

21   obtained from depositing checks issued by the shell

22   companies.

23           Ms. Fadl received payments from Wael Sedik, a

24   coconspirator, that according to Ms. Fadl, amounted to

25   approximately $13,000.  And payments from UCC-1, that

1   amounted to more than $5,000.  It is the United States's

2   position that the information contained in the signed

3   Statement of Offense is sufficient to support the charges

4   outlined in the information.

5             THE COURT:  So your position is that she received

6   about 18,000?

7             MS. DALTON:  Eighteen thousand in total.

8   BY THE COURT:

9   Q    Thank you.  She can come back up, counsel.  Miss, did

10  you hear what the prosecutor just said?

11  A    Yes.

12  Q    Do you agree with what she indicated?

13  A    Yes.

14  Q    Do you disagree with anything that she said?

15  A    No.

16  Q    Now Miss, I don't know if you are a citizen of the

17  United States or not, but you should understand that if

18  you're not a United States citizen that by entering a plea

19  of guilty to this crime which is an aggravated felony you

20  would have to be removed or deported from the country as a

21  noncitizen who had been convicted of a crime.  In addition,

22  if you're not a citizen and you wanted to become a citizen

23  the government could try and stop you from becoming a

24  citizen because you had been convicted of this crime.  Do

25  you understand that?

1   A    Yes.

2   Q    Understanding those consequences if you're not a United

3  States citizen, do you still want to enter a plea of guilty?

4   A    Yes.

5   Q    Now Miss, you should understand that you have the

6  absolute right to enter a plea of not guilty in this case.

7  By pleading not guilty you would be forcing the government

8  to take this case to trial.  During that trial the

9  government would have the burden of proving your guilt

10  beyond a reasonable doubt, and you also would have the right

11  to have the help or the assistance of a lawyer during your

12  trial.  Do you understand that?

13  A    Yes.

14  Q    And do you understand that by entering a plea of guilty

15  that you're giving up all of those rights?

16  A    Yes.

17  Q    You also should understand that if you wanted to go to

18  trial in this case you would have what is called the right

19  to a speedy trial.  That means that the government has an

20  obligation to bring your case to trial within a reasonable

21  period of time after you were charged with this offense.  If

22  the government didn't do that then your lawyer on your

23  behalf could ask that this case be dismissed on the grounds

24  that you were not given your right to a speedy trial.  Do

25  you understand that?

1    A     Yes.

2    Q     And do you also understand that by pleading guilty

3    you're giving up that right?

4    A     Yes.

5    Q     You also should understand that if you wanted to go to

6    trial that you would have a right to a trial before either a

7    judge, which means the evidence would be presented to me and

8    the government would have to convince me beyond a reasonable

9    doubt that you're guilty of this crime.  Or you'd have a

10   right to a trial before a jury, which means that 12 people

11   selected from the community would hear the case, and the

12   government would have to convince all 12 of those people

13   beyond a reasonable doubt that you were guilty of this crime

14   before you could be convicted.

15              Do you understand that?

16   A     Yes.

17   Q     Now I have before me this document entitled Waiver

18   Trial by Jury with what again appears to have your signature

19   on it.  Did you sign this document?

20   A     Yes.

21   Q     And did you review this document with your lawyer

22   before you signed it?

23   A     Yes.

24   Q     And do you understand that by signing this document and

25   by entering a plea of guilty that you're giving up both your

1  right to a trial before a judge and your right to a trial

2  before a jury?

3  A    Yes.

4  Q    You also should understand that if you wanted to go to

5  trial in this case that during the trial the government

6  would have to bring into court those people who are supposed

7  to know something about this case.  Each of those

8  individuals would have to take an oath to testify

9  truthfully.  They would have to testify with you present in

10  the courtroom.  And after the government's lawyer finished

11  questioning those witnesses your lawyer with your help,

12  would have the right to cross-examine or question each of

13  those witnesses.  Do you understand that?

14  A    Yes.

15  Q    And do you understand that by entering a plea of guilty

16  that you're also giving up those rights?

17  A    Yes.

18  Q    You also should understand that if you want to go to

19  trial in this case during the trial you, yourself, would

20  have the right to bring into court witnesses who could

21  testify to help you.

22  A    Yes.

23  Q    And if those people were not willing to come into court

24  voluntarily you'd have a right to have me force them to

25  appear.  Do you understand?

1    A     Yes.

2    Q     Also, you yourself, would have the absolute right to

3    take the witness stand and testify in your own defense.  And

4    do you understand that by entering a plea of guilty that

5    you're giving up all of those rights also?

6    A     Yes.

7    Q     You also should understand that if you wanted to go to

8    trial in this case that during that trial you would have

9    what is called the right or the privilege against

10   self-discrimination.  That means that if you did not want to

11   testify and tell your side of the story no one could force

12   you to do so.  You could sit there during the entire trial

13   and say nothing.

14         And if you decided not to testify during your

15   trial I could not say to myself as the judge, and the jury

16   could not say to itself as the jury that merely because you

17   were not testifying and telling your side of the story must

18   be some indication that you're guilty.

19         Do you understand that?

20   A     Yes.

21   Q     And do you understand that by pleading guilty that

22   you're also giving up that right?

23   A     Yes.

24   Q     Finally, you are giving up most of your rights to an

25   appeal, and I've explained to you some limited right of

1    appeal that you have.  In addition to that right of appeal

2    you always have the right to go to the higher court and say

3    to that court that I did not have the authority, the power,

4    or the jurisdiction to have you plead guilty before me.

5              However, if you were above the age of 17 when this

6    crime was committed, and if part of the crime took place

7    here in the Washington, D.C., then I do have the authority,

8    the power, or the jurisdiction to have you plead guilty

9    before me.  But even though you are pleading guilty you can

10   still take that position to the Court and also the limited

11   right of appeal that I explained to you earlier.  Do you

12   understand that?

13   A    Yes.

14   Q    Understanding that you're going to be giving up all of

15   your other rights to appeal or take your case to a higher

16   court, and that you're giving up all the other rights that I

17   just explained to you, do you still want to enter a plea of

18   guilty?

19   A    Yes.

20   Q    Now has anybody promised or suggested to you that

21   merely because you were pleading guilty necessarily meant

22   that I was going to give you a lighter sentence?

23   A    No.

24   Q    Has anybody threatened, forced or coerced you to enter

25   this plea of guilty?

1    A     No.

2    Q     Whose decision is this to plead guilty, yours or your

3    lawyer's?

4    A     My decision.

5    Q     And have you had an opportunity to fully discuss this

6    case with your lawyer?

7    A     Yes.

8    Q     Are you totally satisfied with the legal representation

9    he has provided to you?

10   A     Yes.

11   Q     Do you have any complaints whatsoever you'd like to

12   make about his representation at this time?

13   A     No.

14   Q     Now are you pleading guilty because you are guilty?

15   A     Yes.

16   Q     Are you pleading guilty for any other reason other than

17   because you're guilty?

18   A     No.

19   Q     And knowing what you know about what the government

20   knows about this case, do you think they could prove that

21   you're guilty if this case went to trial?

22   A     Yes.

23   Q     And do you think it's in your best interest to enter a

24   plea of guilty today?

25   A     Yes.

1               THE COURT:  Any other inquiries I need to make

2     before I have her enter her plea of guilty, government

3     counsel?

4               MS. DALTON:  No, your Honor.

5               THE COURT:  Defense?

6               MR. AHMED:  No, your Honor.

7     BY THE COURT:

8     Q    Very well.  Miss, as to the charge of conspiracy to

9     commit money laundering, which is a violation of Title 18 of

10    the United States Code, Section 1956(h), how do you plead

11    guilty or not guilty?

12    A    Guilty.

13              THE COURT:  Very well.  I will accept the plea of

14    guilty from the defendant concluding that it is a knowing

15    and intelligent plea with a full appreciation of the

16    consequences.

17              Okay.  How do the parties want to proceed, do you

18    want to set a sentencing date or a status date?

19              MS. DALTON:  I think we'd like to set a status

20    date 90 days out.

21              THE COURT:  March 24th at ten o'clock; is that

22    good?

23              MR. GIBBONS:  The afternoon if it's available is

24    probably better for that day for practical reasons.

25              THE COURT:  We can do it at two o'clock; is that

 1   good?

 2              MR. GIBBONS:  It's good for the government.

 3              MR. AHMED:  Yes, your Honor.

 4              THE COURT:  Anything -- the government has not

 5   requested detention at this time, right?

 6              MS. DALTON:  We do not, but we would like to

 7   perhaps request some conditions of release be imposed.

 8              THE COURT:  Yes.

 9              MS. DALTON:  We'd like her to check in with

10   Pretrial Services on a weekly basis.

11              THE COURT:  Very well, I'll order that.

12              MS. DALTON:  Stay away from airports and

13   embassies.

14              THE COURT:  I'll order that.

15              MS. DALTON:  And to have law enforcement retain

16   her passport.

17              THE COURT:  Very well.  Do you have the passport

18   now?

19              MS. DALTON:  We presently have the passport.

20              THE COURT:  Very well.  I'll authorize you to

21   retain it until further order of the Court.  Miss, do you

22   understand those conditions just imposed?

23              THE DEFENDANT:  Yes.

24              THE COURT:  Make sure you comply with them.  Also

25   make sure you don't engage in further criminal behavior

1    because if you did I would have to lock you up.  But I will

2    ███ ███ ███ █████████ ███████ ███ ███ ███ ██████

3    █████████ █████████ █ ███ ██████ ███ ███ ███ ████████

4    ████████ ██████ █████████ ████████ ██████

5             MR. AHMED:  No, your Honor.  Thank you.

6             THE COURT:  Thank you.

7             [Thereupon, the proceedings adjourned at 12:00

8             p.m.]

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                          CERTIFICATE

2          I, Cathryn J. Jones, an Official Court Reporter

3    for the United States District Court of the District of

4    Columbia, do hereby certify that I reported, by machine

5    shorthand, the proceedings had and testimony adduced in the

6    above case.

7          I further certify that the foregoing 56 pages

8    constitute the official transcript of said proceedings as

9    transcribed from my machine shorthand notes.

10         In witness whereof, I have hereto subscribed my

11   name, this the 11th day of July, 2019.

12

13

14

15
                         /s/_Cathryn J. Jones
16                       Cathryn J. Jones, RPR
                         Official Court Reporter
17

18

19

20

21

22

23

24

25
```

BY THE COURT: [8] 3/24 6/10 16/25 36/1 36/5 42/13 47/7 54/6
MR. AHMED: [12] 2/6 2/14 2/23 3/1 3/4 6/5 35/20 35/25 42/12 54/5 55/2 56/4
MR. GIBBONS: [2] 54/22 55/1
MR. GIBSON: [1] 2/9
MS. DALTON: [13] 2/5 35/22 36/4 42/10 45/4 47/6 54/3 54/18 55/5 55/8 55/11 55/14 55/18
THE COURT: [28] 2/8 2/11 2/15 2/24 3/3 3/6 3/9 3/13 3/18 16/23 35/21 35/24 42/8 42/11 47/4 53/25 54/4 54/12 54/20 54/24 55/3 55/7 55/10 55/13 55/16 55/19 55/23 56/5
THE DEFENDANT: [6] 3/8 3/12 3/17 3/23 16/24 55/22
THE DEPUTY CLERK: [1] 2/1
THE INTERPRETER: [1] 16/22

## $

$1,381,001 [1] 35/19
$1,381,006.05 [1] 36/3
$100 [1] 9/1
$13,000 [1] 46/25
$16.05 [2] 36/5 36/7
$250,000 [1] 8/15
$5,000 [1] 47/1
$7,500 [1] 16/21
$75,000 [1] 16/22

## .

.x [1] 1/6

## /

/s [1] 57/15

## 0

0-1-6 [2] 35/24 35/25

## 1

1's [2] 46/14 46/15
10100 [1] 1/15
10:33 [1] 1/6
11th [1] 57/11
12 [3] 7/13 49/10 49/12
12:00 [1] 56/7
1320 [1] 1/17
13th [1] 5/18
14 [1] 5/16
14-page [1] 41/12
1400 [1] 1/14
14th [2] 5/17 5/19
16 [1] 7/11
16-211 [1] 2/4
16-211-RBW [1] 1/4
17 [1] 52/5
17th [1] 40/7
18 [4] 6/22 42/19 43/8 54/9
18,000 [1] 47/6
19 [1] 1/5
1956 [4] 6/23 42/18 43/8 54/10
1957 [1] 42/18
19th [1] 1/17

## 2

20 [5] 8/13 9/23 11/16 16/3 16/15
20001 [1] 1/22
20005 [1] 1/15
20036 [1] 1/18
2014 [4] 45/8 45/9 45/16 45/16
2016 [3] 1/5 2/18 40/7
2019 [1] 57/11
202 [1] 1/17
211 [1] 2/4
23 [2] 7/10 15/6
24th [1] 54/21
25 [1] 13/18

## 3

30 [1] 37/10
33 [1] 16/17
333 [1] 1/21

## 4

41 [1] 16/18
4th [1] 2/18

## 5

56 [1] 57/7

## 6

6521 [1] 1/21

## 7

75,000 [1] 16/24

## 9

90 [1] 54/20
9th [1] 44/14

## A

a.m [1] 1/6
ability [1] 5/12
able [8] 5/1 5/4 6/4 16/11 29/24 33/16 35/8 39/8
about [26] 4/13 13/1 15/21 19/15 21/2 23/19 27/24 28/2 28/3 28/4 30/10 30/10 31/2 31/7 33/13 34/3 34/7 37/6 37/12 37/18 45/4 47/6 50/7 53/12 53/19 53/20
above [6] 10/19 11/23 18/10 32/20 52/5 57/6
absolute [2] 48/6 51/2
accept [1] 54/13
accepting [3] 13/22 13/24 14/10
according [2] 16/5 46/24
account [2] 14/4 45/15
accounting [1] 24/4
accounts [3] 45/24 46/10 46/18
accurate [1] 37/17
acknowledge [1] 13/25
acquire [3] 37/25 38/12 39/8
Act [2] 34/4 34/5
activities [1] 22/25
actually [2] 5/18 21/3
addition [2] 47/21 52/1
additional [6] 15/12 16/1 34/3 34/9 37/11 37/20
adduced [1] 57/5
adjourned [1] 56/7
adjusting [1] 17/23

## adjustment [4] 14/17 15/17 17/20 17/23

adjustments [1] 20/5
administrated [1] 22/23
administrative [1] 42/5
affecting [1] 5/11
after [12] 14/20 15/19 18/8 20/17 29/14 34/2 34/6 37/9 41/7 46/13 48/21 50/10
afternoon [1] 54/23
again [11] 7/18 12/4 12/16 14/10 15/14 15/18 26/14 33/14 35/19 44/15 49/18
against [11] 4/4 30/24 31/7 34/21 35/6 35/8 40/9 42/5 42/6 42/16 51/9
age [1] 52/5
agency [1] 26/22
agents [6] 18/16 24/11 24/12 26/23 34/24 42/24
aggravated [1] 47/19
agree [5] 17/7 18/24 21/12 34/20 47/12
agreed [6] 8/5 13/20 14/9 16/1 20/6 20/14
agreeing [14] 8/4 20/22 23/23 26/8 29/4 30/23 35/17 36/3 36/9 36/24 37/16 37/24 38/20 39/8
agreement [70]
agreements [1] 20/15
Ahmed [4] 1/17 2/7 2/12 42/12
aided [1] 1/25
airports [1] 55/12
alcohol [1] 5/10
all [19] 2/25 3/13 6/20 8/11 10/3 11/15 12/20 21/22 23/18 23/19 23/20 25/25 39/14 46/20 48/15 49/12 51/5 52/14 52/16
along [1] 36/11
already [3] 26/7 30/14 40/12
also [83]
always [1] 52/2
am [1] 13/4
AMERICA [2] 1/3 45/15
among [1] 10/15
amount [8] 8/16 8/20 17/3 35/19 36/11 36/15
amounted [3] 14/23 46/24 47/1
another [4] 15/22 18/14 26/13 35/3
answer [1] 20/10
answering [1] 22/22
any [66]
anybody [4] 35/14 36/11 52/20 52/24
anything [9] 4/3 18/18 25/15 25/19 42/9 42/12 47/14 55/4 56/4
anytime [1] 3/14
anywhere [1] 26/1
appeal [7] 32/7 32/8 51/25 52/1 52/1 52/11 52/15
appear [2] 25/2 50/25
APPEARANCES [1] 1/11
appears [5] 5/18 5/20 7/18 44/15 49/18
applies [1] 18/3
apply [3] 20/16 20/17 32/3
appreciation [1] 54/15
appropriate [4] 10/7 10/16 10/23 28/14

## A

**appropriately** [1] 29/4
**approved** [1] 45/13
**approximately** [1] 46/25
**Arabic** [5] 3/2 5/2 6/7 6/8 6/14
**are** [59]
**argue** [1] 29/24
**arguments** [1] 19/10
**around** [1] 45/16
**arrangements** [1] 46/6
**arrest** [1] 22/3
**artifice** [5] 43/15 43/23 44/2 44/5 44/8
**as** [39] 3/23 6/2 6/17 8/4 8/17 9/2 9/16 9/16 9/21 9/21 11/6 12/23 13/13 13/16 17/23 22/11 22/11 23/3 23/8 25/9 26/7 26/15 27/7 30/22 32/20 34/5 35/11 35/14 36/11 38/20 39/13 39/19 41/12 46/19 47/20 51/15 51/16 54/8 57/8
**ask** [12] 2/4 3/7 4/4 17/3 20/23 22/2 27/19 28/1 44/10 45/2 45/4 48/23
**asking** [1] 33/23
**assessment** [1] 9/2
**Asset** [1] 1/13
**assets** [9] 23/20 23/24 24/4 24/4 36/25 38/22 39/2 39/5 39/10
**assistance** [4] 14/12 32/24 33/15 48/11
**assisted** [2] 46/8 46/16
**assume** [6] 2/16 5/1 10/6 11/1 11/4 27/8
**Atiq** [2] 1/17 2/7
**attack** [1] 33/4
**attention** [1] 27/4
**Attorney** [2] 1/12 1/12
**Attorney's** [1] 41/25
**authorities** [4] 22/16 23/5 23/17 23/18
**authority** [2] 52/3 52/7
**authorize** [1] 55/20
**available** [4] 39/10 40/25 41/4 54/23
**Avenue** [2] 1/14 1/21
**avoid** [1] 39/2
**avoiding** [1] 38/23
**aware** [1] 23/19
**away** [8] 18/19 23/9 23/12 26/16 29/22 31/2 39/20 55/12

## B

**Bachelor's** [1] 4/24
**back** [9] 9/13 18/13 20/22 33/5 33/10 33/16 33/20 35/14 47/9
**background** [1] 12/13
**bank** [6] 43/9 43/13 45/15 45/24 46/10 46/17
**bar** [1] 42/4
**bargain** [1] 23/13
**based** [19] 8/6 10/13 12/6 12/7 13/13 13/17 13/21 17/18 17/24 18/25 19/10 20/7 23/11 27/20 28/8 28/12 33/11 40/3 56/2
**basis** [6] 11/23 13/10 18/8 21/16 28/16 55/10
**be** [86]
**bearing** [1] 22/6
**because** [15] 7/6 14/10 14/11 15/9 27/9 28/15 29/19 29/25 44/23 47/24 51/16 52/21 53/14 53/17 56/1
**become** [1] 47/22

**becomes** [1] 38/5
**becoming** [1] 47/23
**been** [15] 3/22 4/2 4/15 12/13 12/25 15/19 29/20 34/2 34/2 34/7 36/12 41/12 46/12 47/21 47/24
**before** [23] 1/9 5/14 5/24 7/17 18/4 20/18 25/25 26/7 35/11 39/20 44/11 44/12 44/19 49/6 49/10 49/14 49/17 49/22 50/1 50/2 52/4 52/9 54/2
**behalf** [1] 48/23
**behavior** [5] 9/17 12/11 14/24 40/5 55/25
**being** [2] 9/25 19/2
**below** [1] 10/20
**benefit** [1] 33/22
**best** [1] 53/23
**better** [1] 54/24
**between** [5] 12/25 14/5 14/25 30/20 46/4
**beyond** [4] 2/20 48/10 49/8 49/13
**binding** [4] 41/22 41/23 41/24 42/1
**bit** [1] 5/6
**biweekly** [1] 26/21
**Bond** [1] 1/15
**both** [5] 17/6 18/23 19/17 20/9 49/25
**bottom** [2] 16/18 16/21
**box** [2] 46/13 46/14
**breach** [4] 23/5 23/8 25/20 26/14
**breached** [1] 40/13
**bring** [8] 27/3 33/10 33/16 33/19 33/22 48/20 50/6 50/20
**bringing** [1] 33/4
**brought** [1] 28/24
**Building** [1] 1/15
**burden** [1] 48/9
**Bureau** [1] 20/18

## C

**calculated** [1] 10/17
**calculating** [1] 17/7
**calculations** [1] 20/5
**called** [11] 7/1 7/6 9/2 28/21 29/7 30/12 31/14 31/23 33/3 48/18 51/9
**calling** [1] 46/5
**can** [21] 2/16 3/19 7/7 21/2 21/7 21/8 22/17 27/14 28/2 28/3 28/3 29/13 29/14 32/8 38/1 38/9 41/18 45/1 47/9 52/9 54/25
**can't** [3] 30/23 35/6 39/23
**cannot** [1] 28/7
**career** [2] 9/21 9/22
**carry** [1] 45/22
**case** [42] 7/8 7/12 7/25 10/24 11/2 11/24 14/12 17/12 22/6 27/17 28/24 29/4 30/10 30/11 31/2 31/7 32/13 33/10 33/20 34/3 34/7 34/12 34/22 35/12 40/7 41/14 45/7 48/6 48/8 48/18 48/20 48/23 49/11 50/5 50/7 50/19 51/8 52/15 53/6 53/20 53/21 57/6
**cases** [2] 31/8 40/10
**cash** [3] 46/1 46/1 46/20
**cashing** [1] 46/17
**category** [2] 16/8 16/16
**Cathryn** [4] 1/20 57/2 57/15 57/16
**cause** [3] 12/15 31/23 40/17
**cents** [1] 35/20
**certain** [6] 9/23 20/14 28/19 29/10

45/17 46/5
**CERTIFICATE** [1] 57/1
**certify** [2] 57/4 57/7
**certifying** [1] 38/21
**changed** [3] 33/21 33/21 41/18
**charge** [12] 7/14 8/5 8/5 10/14 12/4 29/9 29/12 29/14 29/25 39/25 42/16 54/8
**charged** [7] 4/5 4/14 8/6 29/11 29/20 31/4 48/21
**charges** [3] 19/20 29/15 47/3
**check** [1] 55/9
**checks** [11] 46/1 46/1 46/4 46/6 46/7 46/9 46/12 46/14 46/14 46/17 46/21
**circumstances** [2] 9/24 21/9
**citizen** [6] 47/16 47/18 47/22 47/22 47/24 48/3
**civil** [5] 31/8 34/23 40/10 41/23 42/4
**claim** [1] 42/5
**Clerk** [2] 3/22 36/19
**client** [1] 2/13
**coconspirator** [1] 46/24
**coconspirators** [6] 45/17 46/2 46/5 46/9 46/16 46/19
**Code** [8] 6/23 12/3 19/2 19/11 20/9 42/19 43/8 54/10
**coerced** [1] 52/24
**collaterally** [1] 33/3
**collected** [1] 46/11
**collecting** [1] 46/13
**COLUMBIA** [4] 1/2 26/1 26/3 57/4
**come** [7] 2/16 18/13 20/22 22/2 27/25 47/9 50/23
**coming** [1] 34/15
**commission** [3] 24/25 25/1 25/4
**commit** [13] 6/21 12/15 15/22 18/7 25/10 25/11 26/9 26/13 31/25 39/16 42/16 43/10 54/9
**commits** [2] 28/22 29/8
**committed** [3] 12/12 18/14 52/6
**committee** [4] 27/16 27/17 27/18 27/25
**committing** [2] 31/22 40/16
**communications** [1] 44/1
**community** [4] 7/11 8/22 8/23 49/11
**companies** [3] 45/24 45/25 46/22
**companies's** [1] 46/17
**company** [3] 46/5 46/7 46/15
**company's** [1] 46/10
**compensation** [1] 46/19
**complaints** [1] 53/11
**complete** [4] 22/14 24/3 37/9 37/17
**completely** [2] 23/3 25/24
**comply** [6] 13/6 13/9 21/21 39/14 39/19 55/24
**complying** [1] 31/12
**comprise** [1] 27/16
**compromise** [1] 42/4
**computer** [1] 1/25
**computer-aided** [1] 1/25
**concerned** [1] 9/17
**conclude** [5] 11/6 11/8 31/17 32/1 32/20
**concluding** [1] 54/14
**condition** [1] 21/23
**conditions** [5] 21/22 22/7 39/14 55/7 55/22

## C

conduct [7]  14/5 14/22 15/21 18/3 18/7 19/18 25/16
confident [1]  2/25
connection [1]  24/6 34/6
consequences [4]  31/18 32/2 48/2 54/16
consider [15]  10/7 10/11 10/11 10/23 12/2 12/4 12/11 12/14 12/24 17/22 19/1 19/11 20/4 20/8 21/8
considered [9]  10/16 15/10 20/6 23/5 23/24 25/5 25/9 25/20 33/12
consists [1]  7/10
conspiracy [9]  6/21 42/16 43/2 43/4 43/5 45/21 46/3 46/20 54/8
conspired [3]  43/10 45/18 45/23
constitute [2]  18/25 57/8
Constitution [1]  1/21
contact [2]  26/21 26/24
contained [1]  47/2
contemplation [1]  38/22
contest [1]  20/1
context [1]  35/5
continue [1]  13/25
contraband [1]  23/19
control [4]  24/1 36/25 37/1 43/16
controls [1]  11/12
convicted [5]  9/19 34/2 47/21 47/24 49/14
conviction [1]  16/11
convictions [1]  9/20
convince [2]  49/8 49/12
cooperative [2]  22/17 25/2
coordinated [1]  46/4
coordinates [1]  45/12
Corporation [1]  43/20
correct [3]  6/12 6/13 11/4
corrected [1]  35/24
cost [2]  8/21 8/23
costs [1]  45/13
could [45]  4/4 4/14 8/6 8/12 8/15 8/20 9/8 9/22 9/24 11/6 11/8 11/15 12/15 14/15 14/17 15/15 15/16 17/13 18/11 20/17 21/12 22/1 22/2 23/9 23/12 26/16 28/13 29/20 31/7 37/20 39/20 39/25 40/9 41/7 41/8 46/18 47/23 48/23 49/14 50/20 51/11 51/12 51/15 51/16 53/20
counsel [5]  32/24 33/16 42/10 47/9 54/3
country [2]  41/25 47/20
course [7]  3/14 11/10 11/14 12/1 13/8 13/12 24/8
court [32]  1/1 1/20 1/20 1/21 9/1 18/14 19/3 19/5 26/22 28/1 29/5 32/7 32/9 32/14 32/18 32/25 34/15 36/19 38/5 38/18 38/24 50/6 50/20 50/23 52/2 52/3 52/10 52/16 55/21 57/2 57/3 57/16
courtroom [1]  50/10
cover [3]  28/20 30/8 42/9
covert [1]  22/24
CR [1]  1/4
create [1]  45/25
credit [2]  37/25 37/25
crime [30]  12/12 12/16 13/14 23/20 23/21 23/24 23/25 24/25 25/2 25/4 25/10 26/13 28/8 29/10 29/12 31/22 31/25 34/2 36/12 37/19 40/16 40/24 47/19 47/21 47/24 49/9 49/13 52/6 52/6
crimes [4]  9/20 23/19 29/20 39/16
criminal [25]  2/4 6/21 7/1 9/17 9/21 9/22 10/14 13/15 14/24 15/22 16/6 16/7 16/12 16/16 18/14 25/12 26/9 26/10 31/8 34/23 39/24 40/5 40/10 41/22 55/25
cross [1]  50/12
cross-examine [1]  50/12
culpability [1]  2/21
currently [1]  5/11
custody [1]  43/16

## D

D.C [6]  1/5 1/22 7/11 45/11 45/15 52/7
Dalton [1]  1/12 2/6
date [3]  54/18 54/18 54/20
dated [2]  2/18 40/7
day [2]  54/24 57/11
days [2]  37/10 54/20
DC [2]  1/15 1/18
December [1]  1/5
decide [9]  11/15 11/20 12/5 12/7 12/9 13/6 14/15 21/12 28/13
decided [3]  13/9 39/24 51/14
decides [1]  27/25
deciding [6]  10/7 10/16 10/23 14/6 27/18 38/1
decision [5]  11/6 21/16 32/9 53/2 53/4
declarations [1]  25/11
deducted [1]  38/17
deemed [1]  26/4
defeating [1]  38/23
defendant [1]  1/6 1/17 45/9 54/14
defense [3]  29/8 51/3 54/5
defraud [2]  43/24 44/5
degree [1]  4/24 5/5
delivery [1]  46/4
department [3]  1/13 18/16 41/23
departure [4]  17/9 17/20 17/22 27/16
departures [1]  20/5
deported [1]  47/20
deposit [3]  43/19 46/1 46/7
deposited [1]  46/14
depositing [2]  46/9 46/21
Deputy [1]  3/22
describe [2]  19/16 19/17
described [2]  6/2 19/19
despite [1]  21/13
detector [1]  22/24
detention [2]  22/7 55/5
determination [4]  11/11 11/12 13/23 27/14
determine [1]  14/21
determined [1]  15/20
determines [1]  37/11
did [39]  4/22 5/20 5/23 7/19 7/21 8/17 12/6 12/8 13/23 14/1 14/11 15/25
16/1 16/6 18/18 25/15 25/19 26/13 26/15 33/6 35/17 37/25 32/1 32/18 33/13 35/14 39/19 44/15 44/18 44/21 44/23 44/23 44/24 47/9 49/19 49/21 51/10 52/3 52/6 56/1
didn't [3]  15/21 22/1 48/22
different [3]  11/7 11/20 20/5
difficulty [1]  3/11
direct [1]  23/18
directed [1]  23/3
directly [1]  37/1
disagree [1]  47/14
disbursed [1]  46/2
disclose [1]  36/24
discovered [1]  33/12
discovery [1]  30/12
discretion [1]  27/18
discrimination [1]  51/10
discuss [2]  17/13 53/5
discussed [1]  6/10
discussions [1]  30/18
dismissed [2]  29/15 48/23
dispute [1]  19/25
distributed [1]  46/18
DISTRICT [8]  1/1 1/2 1/10 1/21 25/25 26/3 57/3 57/3
districts [1]  28/23
disturbance [1]  5/8
division [2]  41/22 41/24
do [198]
Docket [1]  1/4
document [22]  5/16 5/17 5/21 5/23 6/2 6/4 6/16 7/3 7/17 7/19 7/21 7/23 44/14 44/15 44/16 44/18 44/23 44/24 44/17 44/9 49/21 49/24
does [3]  15/3 42/4 42/23
doesn't [1]  38/11
dollar [1]  35/20
don't [12]  3/16 9/16 9/18 10/22 16/5 21/12 27/13 28/12 32/11 36/14 47/16 55/25
done [5]  12/15 41/18 44/11 44/13 45/3
doubt [4]  2/20 48/10 49/9 49/13
down [1]  6/9
downward [1]  17/9
drug [1]  9/20
drugs [1]  5/10
duly [1]  3/22
during [11]  3/14 24/8 24/16 45/8 48/8 48/11 50/5 50/19 51/8 51/12 51/14

## E

each [3]  24/20 50/7 50/12
earlier [1]  52/11
effective [2]  32/24 33/15
Eighteen [1]  47/7
either [8]  9/19 14/21 19/9 20/13 24/19 34/8 37/1 49/6
elements [2]  2/19 43/13
else [6]  26/1 26/3 36/11 42/9 42/12 56/4
embassies [1]  55/13
emotional [1]  5/8
employees [2]  45/17 45/24
end [1]  23/13
ended [1]  19/2
enforceable [1]  38/6

## E

**enforcement [11]** 18/16 22/16 22/25 23/5 23/17 23/18 24/11 24/12 26/23 34/24 55/15
**engage [1]** 55/25
**engaged [4]** 14/22 14/24 15/20 18/12
**English [3]** 3/4 3/5 5/4
**enough [1]** 3/5
**enter [10]** 2/13 10/4 12/21 30/4 48/3 48/6 52/17 52/24 53/23 54/2
**entered [5]** 14/20 15/20 30/20 34/25 35/4
**entering [5]** 2/22 2/23 7/24 47/18 48/14 49/25 50/15 51/4
**entire [2]** 36/15 51/12
**entitled [4]** 7/17 34/14 36/20 49/17
**Esquire [1]** 1/17
**establish [3]** 2/20 43/13 44/4
**estimated [4]** 16/6 17/9 17/21 18/24
**even [7]** 11/23 19/3 23/12 28/11 32/6 32/11 52/9
**events [1]** 20/17
**ever [2]** 5/7 9/25
**every [3]** 23/9 26/16 39/21
**everything [1]** 6/1 44/21
**evidence [8]** 23/19 31/14 33/12 40/15 45/7 49/7
**exactly [1]** 32/11
**exaggerate [1]** 25/1
**examine [1]** 50/12
**examined [1]** 3/23
**example [2]** 18/10 46/11
**exceptional [1]** 21/8
**excerpts [1]** 45/5
**execute [2]** 44/1 44/8
**executed [1]** 43/15
**exercise [1]** 36/25
**existed [1]** 42/18
**expired [3]** 29/13 29/21 29/24
**explain [4]** 3/15 10/10 31/19 32/2
**explained [5]** 10/6 40/12 51/25 52/11 52/17
**extent [6]** 12/5 12/7 12/9 12/14 19/15 20/13

## F

**face [3]** 8/11 10/4 16/17
**faces [1]** 2/21
**facilitate [1]** 36/23
**fact [9]** 4/13 6/23 9/23 11/8 11/21 13/22 31/17 31/25 56/2
**factors [10]** 10/7 10/13 10/15 12/2 12/3 12/24 13/14 19/1 19/11 20/8
**facts [1]** 19/25
**factual [1]** 19/25
**FADL [16]** 1/5 2/3 2/8 3/9 3/21 45/9 45/20 45/22 46/3 46/8 46/11 46/14 46/16 46/20 46/23 46/24
**failed [1]** 18/13
**fails [1]** 29/11
**fake [1]** 46/4
**false [10]** 4/6 4/10 4/14 18/15 25/10 37/21 43/17 43/24 44/6 45/25
**falsehoods [1]** 37/18
**falsely [2]** 24/24 25/3
**family [1]** 45/23
**far [1]** 4/22 9/16

## G

**federal [12]** 20/18 22/14 22/16 23/3 24/9 24/11 26/10 26/14 26/22 34/1 42/1 43/19
**fee [1]** 34/14
**fees [1]** 34/18
**felony [3]** 7/7 9/20 47/19
**file [1]** 40/2
**finally [2]** 41/21 51/24
**financial [12]** 8/16 24/4 36/23 37/6 37/6 37/12 37/16 37/19 38/17 39/2 43/17 43/19
**find [1]** 16/10
**fine [6]** 8/15 8/20 16/21 17/3 37/21 38/5
**finished [1]** 50/10
**finishes [1]** 45/4
**first [3]** 3/22 6/20 8/11
**five [2]** 35/20 37/20
**follow [1]** 10/22
**following [5]** 12/21 42/17
**follows [1]** 3/23
**force [2]** 50/24 51/11
**forced [1]** 52/24
**forcing [1]** 48/7
**foregoing [1]** 57/7
**forfeit [2]** 39/7 39/9
**forfeiture [3]** 1/13 23/23 39/6
**form [1]** 18/8
**formation [4]** 43/23 44/5
**forth [4]** 5/15 8/7 12/2 44/13
**forthright [1]** 22/14
**forthrightly [1]** 23/3
**Forty [2]** 4/19 4/20
**Forty-six [2]** 4/19 4/20
**forward [1]** 2/4
**fraud [6]** 43/9 43/10 43/11 43/13 43/22 44/4
**fraudulent [3]** 43/17 43/24 44/6
**free [2]** 18/19 34/21
**Freedom [1]** 34/5
**friends [1]** 45/23
**full [2]** 22/13 54/15
**fully [7]** 3/16 6/1 19/17 23/2 25/24 36/24 53/5
**funds [5]** 45/18 46/2 46/18
**furnished [1]** 6/7
**further [8]** 3/15 14/24 25/11 26/9 39/16 55/21 55/25 57/7
**furtherance [1]** 46/3
**future [7]** 4/5 30/15 31/4 31/8 39/2 40/10 42/6

## G

**gain [1]** 8/16
**gave [3]** 9/6 11/22 15/5
**generally [1]** 34/12
**get [6]** 17/18 30/9 34/3 34/6 34/9 34/14
**Gibbons [2]** 1/12 2/11
**give [22]** 9/22 11/15 14/6 14/16 15/4 15/15 16/1 17/3 24/21 27/15 27/19 28/7 28/11 28/15 29/18 32/18 32/19 32/19 34/8 34/18 38/9 52/22
**given [1]** 48/24
**giving [20]** 7/25 19/4 20/7 24/15 28/9 29/3 29/7 30/12 30/14 32/13 33/6 48/15 49/3 49/25 50/16 51/5 51/20

## H

**51/24 52/14 52/16**
**go [16]** 3/6 4/22 8/3 8/10 10/19 10/20 14/25 28/20 32/17 32/25 48/17 49/5 50/4 50/18 51/7 52/2
**goes [3]** 29/22 30/11 31/2
**going [26]** 2/23 4/4 5/12 6/16 6/20 6/24 7/3 7/24 8/3 8/10 14/16 21/6 27/25 29/18 29/24 30/11 32/12 34/8 34/17 36/15 40/19 41/13 44/10 45/5 52/14 52/22
**good [7]** 2/7 2/9 2/10 2/12 54/22 55/1 55/2
**government [95]**
**government's [9]** 2/17 5/15 5/16 13/1 19/9 19/14 38/11 50/10 56/2
**graciously [1]** 6/7
**grand [9]** 7/9 7/9 7/10 7/12 7/13 7/25 8/1 25/25 34/13
**greater [1]** 9/23
**grounds [1]** 48/23
**group [1]** 27/15
**guess [1]** 35/19
**guideline [15]** 10/16 11/2 11/8 11/12 11/22 16/16 17/3 17/8 17/10 17/14 17/21 17/24 18/24 20/4 20/7
**guidelines [22]** 8/19 10/12 10/12 10/17 10/18 10/20 10/21 11/6 11/7 11/17 11/20 11/23 12/23 13/1 13/13 17/8 18/3 18/10 18/20 32/20 32/21 33/21
**guilt [1]** 48/9
**guilty [63]**

## H

**had [13]** 5/7 5/10 6/7 26/24 29/21 32/23 33/15 45/7 46/12 47/21 47/24 53/5 57/5
**happen [1]** 3/17
**happens [1]** 31/3
**has [22]** 7/2 7/18 8/5 10/6 11/1 13/20 14/9 15/9 20/6 20/13 22/6 27/18 28/24 29/9 29/13 29/23 30/18 48/19 52/20 52/24 53/9 55/4
**have [145]**
**haven't [1]** 30/14
**having [3]** 3/22 36/12
**he [5]** 6/2 6/4 11/1 11/4 53/9
**Health [11]** 35/18 45/10 45/11 45/12 45/14 45/18 45/19 46/8 46/10 46/12 46/15
**healthcare [1]** 45/13
**hear [2]** 47/10 49/11
**heard [2]** 7/13 7/25
**HEARING [1]** 1/8
**held [1]** 26/18
**help [3]** 48/11 50/11 50/21
**her [11]** 2/17 2/19 2/20 3/15 3/19 6/9 46/19 54/2 54/2 55/9 55/16
**her's [1]** 46/13
**here [5]** 5/12 13/16 25/25 26/3 31/1 31/7 52/7
**hereby [1]** 57/4
**hereto [1]** 57/10
**high [2]** 10/18 16/23
**higher [12]** 11/8 11/21 11/22 19/3 19/5 32/7 32/9 32/13 32/17 32/25 52/2

## H

his [1] 53/12
history [7] 9/16 10/15 13/15 16/6 16/7 16/12 16/16
Honor [15] 2/2 2/7 2/10 2/15 2/24 3/2 6/6 16/23 35/21 36/5 42/13 54/4 54/6 55/3 56/5
HONORABLE [1] 1/9
hoping [1] 27/9
how [8] 4/18 4/22 12/11 12/13 14/4 38/1 54/10 54/17
however [21] 10/21 11/4 13/20 13/23 15/14 16/10 17/2 17/12 17/23 21/12 24/19 29/18 32/17 33/6 33/10 34/17 36/14 38/10 39/22 40/23 52/5
HUWIDA [6] 1/5 2/3 3/9 3/21 45/9 45/20

## I

I'll [13] 13/5 17/13 19/16 28/20 28/20 30/8 31/19 32/2 45/2 45/4 55/11 55/14 55/20
I'm [10] 4/4 5/18 5/19 6/16 8/3 8/10 15/4 36/7 44/10 45/5
I've [7] 4/13 26/7 39/13 39/20 40/12 41/12 51/25
identified [1] 22/16 36/11
identify [1] 2/5
illness [1] 5/8
immediately [2] 38/6 38/12
immigration [1] 22/8
impact [1] 38/11
implicate [1] 24/25
implicated [2] 40/5 40/24
impose [3] 9/6 14/17 21/23
imposed [5] 22/7 32/15 38/5 55/7 55/22
inaccuracies [1] 19/25
incarcerated [2] 8/22 38/16
incarceration [1] 8/21
include [2] 22/21 42/23
including [5] 19/19 20/18 23/10 39/25 45/17
incorporate [1] 45/24
increase [2] 16/12 18/9
incriminating [1] 34/23
independent [1] 11/5
indicated [5] 9/17 12/20 15/9 26/7 47/12
indication [1] 51/18
indicted [3] 7/9 7/15 8/1
Indictment [1] 7/18
indirectly [1] 37/1
individuals [5] 12/12 40/23 41/1 41/4 50/8
inform [2] 19/15 19/23
informants [1] 42/24
information [19] 7/2 22/18 30/9 30/14 30/15 30/23 33/13 34/3 34/5 34/9 34/24 37/11 37/21 38/12 40/4 40/8 41/4 47/2 47/4
inquiries [1] 54/1
installments [1] 38/10
institution [2] 43/17 43/19
Insurance [1] 43/20
insured [1] 43/19
intelligent [1] 54/15

intent [1] 43/5
interest [2] 9/8 53/23
international [3] 22/15 23/4 24/12
interpret [1] 3/10
interpreting [1] 3/11
interstate [1] 44/1
interviewed [1] 24/9
interviews [1] 24/16
invoices [3] 45/25 46/4 46/7
involved [3] 36/12 43/8 43/10
involvement [2] 25/1 25/3
is [86]
issue [4] 22/2 33/16 33/22 46/7
issued [5] 46/1 46/9 46/15 46/17 46/21
issues [1] 33/5
it [29] 5/15 5/16 5/24 6/2 6/4 6/10 7/19 11/11 26/3 26/13 28/2 28/3 29/25 33/11 34/13 36/20 36/20 37/1 39/23 42/1 42/4 44/19 44/21 47/1 49/19 49/22 54/14 54/25 55/21
it's [19] 5/18 5/19 9/17 15/19 18/11 22/21 29/14 29/22 29/24 31/2 31/15 31/24 41/18 41/23 41/24 44/14 53/23 54/23 55/2
items [1] 39/7
its [2] 25/16 26/16
itself [2] 7/2 51/16

## J

January [2] 45/8 45/16
joined [3] 43/1 43/4 45/20
Jones [4] 1/20 57/2 57/15 57/16
judge [5] 1/9 1/10 49/7 50/1 51/15
judicial [1] 28/23
July [1] 57/11
June [1] 40/7
juries [1] 25/25
jurisdiction [3] 28/25 52/4 52/8
jury [13] 7/9 7/9 7/10 7/12 7/13 8/1 8/1 34/13 49/10 49/18 50/2 51/15 51/16
just [7] 3/7 3/16 4/13 12/20 47/10 52/17 55/22
justice [8] 1/13 14/18 14/24 15/7 18/12 25/11 40/1 41/23
justify [1] 18/9
justifying [1] 21/9

## K

keep [6] 19/17 19/23 32/17 32/25 33/10 40/21
keeping [1] 25/16
know [11] 3/17 9/16 9/18 15/21 16/5 22/11 32/11 33/13 47/16 50/7 53/19
knowing [2] 53/19 54/14
knowingly [1] 43/14
knows [1] 53/20
Kuwait [11] 35/18 45/10 45/11 45/12 45/14 45/17 45/19 46/8 46/9 46/12 46/15
Kuwaiti [1] 45/13

## L

lack [1] 27/4
last [5] 5/17 5/19 35/24
late [5] 9/7 9/9 29/14 29/24 29/25
later [7] 17/13 19/16 28/20 29/23 30/8

31/19 32/3
laundering [4] 1/14 6/22 42/16 54/9
law [13] 18/16 22/15 22/25 23/4 23/17 23/18 24/11 24/12 26/23 29/12 32/18 34/24 55/15
laws [2] 34/1 34/9
lawyer [25] 5/15 5/15 5/23 7/21 10/6 11/1 11/7 11/9 11/17 13/1 17/2 24/16 24/19 24/22 28/3 32/23 33/15 44/18 45/1 48/11 48/22 49/21 50/10 50/11 53/6
lawyer's [1] 53/3
lawyers [2] 13/1 27/15
least [5] 7/11 7/13 10/22 45/8 46/11
legal [1] 53/8
less [1] 17/3
let [5] 3/7 3/16 9/18 10/10 27/25
letter [2] 2/18 5/14
level [9] 4/23 13/17 14/18 15/6 15/11 16/3 16/15 16/16 16/8 18/9
lie [1] 22/24
life [2] 9/25 12/15
lighter [1] 52/22
like [4] 53/11 54/19 55/6 55/9
likely [1] 31/15
Limitations [1] 29/8
limited [4] 18/11 22/21 51/25 52/10
limits [1] 19/9
listen [2] 13/5 45/3
little [2] 3/3 5/6
local [7] 22/15 23/4 24/10 24/11 26/10 26/14 42/1
located [1] 45/10
lock [1] 56/1
locked [1] 21/13
loss [2] 8/16 9/12
lost [1] 35/14
low [1] 10/19

## M

machine [3] 1/24 57/4 57/9
made [21] 11/11 14/19 15/18 18/20 21/16 23/10 26/16 30/22 30/24 31/1 31/5 31/16 32/1 35/5 35/7 38/21 39/21 40/4 40/6 41/10 42/6
mail [3] 43/11 44/4 44/7
mailed [1] 46/12
maintain [1] 26/24
maintained [1] 45/15
make [27] 6/17 11/5 15/3 15/5 15/16 15/25 18/15 19/10 20/10 21/2 25/10 27/14 28/6 28/11 29/14 31/6 38/9 39/1 39/9 40/25 41/3 43/5 46/6 53/12 54/1 55/24 55/25
making [4] 4/5 4/10 4/14 9/7
mandatory [1] 10/21
manner [2] 32/8 32/14
March [1] 54/21
Marie [2] 1/12 2/6
matter [2] 2/3 41/7
matters [3] 20/1 20/18 22/8
maximum [1] 11/16
may [16] 3/3 6/6 12/15 13/6 13/6 17/18 22/20 40/24 42/5 42/5
maybe [2] 3/16 24/11
me [31] 3/7 3/16 4/3 5/14 7/17 10/10 13/21 17/3 17/22 19/15 19/18 20/22

**M**

me... **[19]** 22/2 22/2 27/19 29/14 29/25 32/19 33/5 33/11 33/16 33/20 33/23 44/11 44/12 49/7 49/8 49/17 50/24 52/4 52/9

means **[20]** 7/2 7/7 9/12 10/22 28/21 29/8 30/13 31/15 31/24 33/4 35/13 39/23 40/20 43/17 43/24 44/6 48/19 49/7 49/10 51/10

meant **[1]** 52/21

medical **[1]** 45/19

medication **[1]** 5/11

members **[1]** 45/23

mental **[1]** 5/8

merely **[2]** 51/16 52/21

message **[1]** 12/9

minimize **[1]** 25/3

Ministry **[1]** 45/12

minor **[1]** 15/10

minute **[2]** 5/19 45/2

misconduct **[2]** 19/19 19/19

Miss **[10]** 3/7 4/2 4/18 6/16 42/15 47/9 47/16 48/5 54/8 55/21

mission **[1]** 45/11

monetary **[2]** 8/16 9/5

money **[11]** 1/13 6/21 8/16 9/5 9/6 9/13 35/14 42/16 43/24 44/6 54/9

monies **[1]** 43/15

months **[5]** 10/17 10/18 10/20 16/17 16/18

more **[6]** 7/7 9/19 31/15 31/24 42/22 47/1

morning **[5]** 2/2 2/7 2/9 2/10 2/12

most **[4]** 30/8 32/13 33/7 51/24

motion **[1]** 40/2

Mr **[2]** 2/12 42/12

Ms **[1]** 2/8

Ms. **[11]** 45/9 45/20 45/22 46/3 46/8 46/11 46/14 46/16 46/20 46/23 46/24

Ms. Fadl **[9]** 45/22 46/3 46/8 46/11 46/14 46/16 46/20 46/23 46/24

Ms. Huwida **[2]** 45/9 45/20

must **[1]** 51/17

my **[7]** 4/16 11/5 11/11 27/3 53/4 57/9 57/10

myself **[3]** 18/17 19/24 51/15

**N**

N.W **[1]** 1/21

name **[4]** 3/8 24/5 24/5 57/11

names **[1]** 45/25

narcotics **[1]** 5/11

nationals **[1]** 45/13

nature **[8]** 10/13 12/4 13/14 18/18 19/15 19/18 25/15 25/19

necessarily **[1]** 52/21

need **[4]** 3/15 37/11 42/9 54/1

needs **[2]** 12/6 12/10

negotiate **[1]** 31/1

negotiating **[1]** 31/5

neither **[2]** 17/9 17/19

new **[6]** 1/14 31/22 31/25 33/12 40/16 46/7

newly **[1]** 33/12

nine **[1]** 44/14

no **[19]** 1/4 3/4 3/13 5/9 5/13 5/18 22/6 38/21 39/1 42/13 47/15 51/11 52/23

53/1 53/13 53/18 54/4 54/6 56/5

nominee **[1]** 37/2

noncitizen **[1]** 47/21

nonemployees **[1]** 45/18

nonetheless **[2]** 23/13 26/17

normally **[1]** 30/18

not **[67]**

notes **[1]** 57/9

nothing **[7]** 19/8 25/8 26/8 28/2 28/2 28/3 51/13

notwithstanding **[1]** 19/14

November **[1]** 2/18

now **[44]** 4/2 4/15 7/6 7/17 8/3 8/10 9/5 9/16 10/6 12/23 13/4 13/13 14/5 14/15 14/25 19/14 21/5 21/20 22/11 25/8 27/2 28/19 28/21 29/23 30/7 30/18 31/11 32/6 32/11 33/3 34/1 34/12 35/11 38/9 38/20 39/13 40/19 41/12 47/16 48/5 49/17 52/20 53/14 55/18

number **[4]** 10/18 10/19 30/7 39/13

NW **[2]** 1/14 1/17

**O**

o'clock **[2]** 54/21 54/25

oath **[5]** 3/19 4/3 4/11 4/15 50/8

obligated **[1]** 15/4 27/3 36/3

obligation **[22]** 9/5 13/25 21/20 21/21 23/16 24/3 25/24 26/21 29/9 35/11 35/12 36/15 36/18 36/23 37/5 37/13 38/5 38/23 39/14 39/15 40/25 48/20

obligations **[5]** 19/14 27/2 38/17 39/3 39/19

obstruct **[1]** 25/11

obstruction **[5]** 14/18 14/23 15/17 18/12 40/1

obtain **[2]** 43/15 43/24

obtained **[1]** 46/21

obtaining **[3]** 44/6 45/13 45/19

obviously **[1]** 13/5

occasions **[1]** 46/11

occurred **[3]** 8/17 15/18 28/25

October **[1]** 45/9

offense **[23]** 2/19 6/21 7/14 8/7 13/17 13/17 14/18 15/6 15/11 15/22 16/2 16/15 18/9 18/14 28/25 40/1 43/9 43/22 44/12 44/13 45/6 47/3 48/21

offenses **[9]** 8/6 25/12 26/9 26/10 29/25 31/4 39/24 39/25 43/9

offer **[1]** 5/16

office **[14]** 27/16 35/18 41/24 41/25 45/10 45/11 45/11 45/14 45/18 45/19 46/8 46/10 46/12 46/15

official **[4]** 1/20 57/2 57/8 57/16

Okay **[16]** 3/18 5/7 5/14 6/16 6/19 12/17 15/13 16/14 18/22 24/7 25/18 42/9 42/15 44/10 45/1 54/17

old **[1]** 4/18

once **[2]** 20/21 45/3

one **[15]** 7/7 10/11 10/13 12/24 13/14 16/8 16/16 28/21 30/9 34/4 34/4 34/9 35/19 42/17 51/11

only **[12]** 18/3 20/16 31/13 31/15 31/22 31/24 33/19 40/14 40/16 41/13 41/17 41/22

open **[1]** 45/24

operators **[1]** 46/5

opportunity **[4]** 9/6 24/22 38/9 53/5

orally **[1]** 19/7

order **[13]** 7/14 16/12 25/2 25/4 36/23 38/17 42/15 43/13 43/22 46/6 55/11 55/14 55/21

other **[28]** 8/6 12/10 12/12 17/14 17/17 17/19 17/23 23/4 23/17 24/10 24/20 26/2 29/20 33/19 34/4 34/13 36/14 39/24 40/23 42/1 43/15 45/23 46/18 52/15 52/16 53/16 53/16 54/1

others **[2]** 10/15 45/23

out **[3]** 16/10 45/22 54/20

outlined **[1]** 47/4

outside **[7]** 20/7 30/24 31/5 34/24 35/7 40/6 40/8

over **[8]** 8/3 8/10 9/7 23/16 28/20 36/25 38/10 41/13

owe **[1]** 39/11

own **[2]** 11/5 51/3

owned **[1]** 43/16

**P**

p.m **[1]** 56/8

page **[8]** 5/16 5/17 5/18 5/19 5/20 41/12 44/14 44/14

pages **[1]** 57/7

paid **[1]** 34/14

part **[5]** 13/4 27/7 38/16 38/20 52/6

participated **[1]** 42/23

participating **[1]** 22/24

participation **[1]** 15/10

particular **[1]** 28/24

parties **[2]** 2/4 54/17

passport **[3]** 55/16 55/17 55/19

past **[1]** 9/19

pay **[20]** 8/20 8/21 9/1 9/6 9/8 9/11 9/13 35/11 35/13 35/13 35/18 36/4 36/14 36/15 36/18 36/19 36/24 38/16 38/17 38/24

paying **[1]** 36/10

payment **[2]** 39/10 45/19

payments **[6]** 9/8 9/9 38/10 38/10 46/23 46/25

pays **[1]** 45/12

penalties **[4]** 2/21 8/11 9/8 10/3

pending **[14]** 15/22 18/13 18/15 21/5 21/7 21/10 21/14 25/12 26/10 26/20 26/24 39/16 42/5 56/4

people **[12]** 7/10 7/11 7/13 12/10 34/1 34/6 36/14 42/22 49/10 49/12 50/6 50/23

perhaps **[1]** 55/7

period **[10]** 9/7 9/24 29/10 29/11 29/13 29/21 29/23 41/8 45/8 48/21

perjury **[5]** 4/5 4/8 4/14 25/10 40/1

permit **[4]** 27/19 32/19 37/24 56/3

permits **[1]** 26/9

permitting **[1]** 25/9

person **[14]** 24/5 24/25 25/1 25/4 25/5 26/22 28/22 28/23 29/8 29/11 29/12 29/13 30/18 37/2

pick **[1]** 46/6

placed **[2]** 4/3 4/15

Plaintiff **[1]** 1/3

plea **[36]** 1/8 2/13 2/17 2/22 2/23 5/16

**P**

**plea... [30]** 7/24 10/4 11/24 12/21 13/10 14/20 14/21 15/19 18/4 21/17 25/6 28/17 29/22 30/4 31/1 31/2 31/3 47/18 48/3 48/6 48/14 49/25 50/15 51/4 52/17 52/25 53/24 54/2 54/13 54/15
**plead [8]** 6/20 6/24 7/3 8/4 52/4 52/8 53/2 54/10
**pleading [16]** 7/1 7/6 8/11 13/15 13/18 19/20 29/19 30/13 32/6 48/7 49/2 51/21 52/9 52/21 53/14 53/16
**please [1]** 3/8
**pled [2]** 10/14 12/5
**PO [2]** 46/13 46/14
**point [11]** 14/7 14/10 14/16 15/4 15/16 16/1 16/2 24/19 40/23 41/9 42/6
**points [2]** 13/21 15/12
**polygraph [1]** 22/24
**portion [1]** 46/20
**position [13]** 20/14 20/15 28/6 31/11 31/21 32/23 33/14 36/10 40/13 40/15 47/2 47/5 52/10
**possession [1]** 24/1
**possibility [1]** 9/25
**possibly [1]** 17/17
**posted [1]** 32/8
**potential [2]** 8/10 10/3
**power [2]** 52/3 52/8
**practical [1]** 54/24
**prepared [2]** 2/13 7/2
**preponderance [2]** 31/14 40/14
**present [4]** 2/8 24/16 27/17 50/9
**presented [2]** 7/9 49/7
**presentence [1]** 19/24
**presently [1]** 55/19
**pretenses [3]** 43/18 43/25 44/6
**Pretrial [2]** 26/22 55/10
**primarily [3]** 10/11 10/13 13/13
**prior [6]** 9/16 9/18 10/14 13/15 16/6 16/11
**prison [7]** 7/8 8/12 9/24 16/17 16/18 37/21 38/15
**Prisons [1]** 20/18
**Privacy [1]** 34/4
**private [1]** 22/2
**privilege [1]** 51/9
**probable [3]** 31/23 31/24 40/17
**probably [1]** 54/24
**probation [1]** 18/16
**proceed [4]** 3/3 38/1 39/7 54/17
**proceeded [1]** 45/7
**proceeding [2]** 3/6 34/13
**proceedings [9]** 1/24 3/15 26/2 34/23 40/20 41/9 56/7 57/5 57/8
**proceeds [4]** 23/20 23/21 23/24 23/25
**produced [1]** 1/25
**proffer [9]** 30/20 30/22 30/25 31/6 35/3 35/5 35/7 40/6 40/9
**proffered [1]** 34/25
**promise [6]** 14/19 21/2 23/9 23/10 26/16 39/21
**promised [1]** 52/20
**promises [4]** 18/19 43/18 43/25 44/7
**promising [2]** 38/21 39/1
**property [2]** 39/8 43/16
**prosecute [2]** 25/16 39/24

**prosecution [2]** 6/6 38/22
**prosecutor [1]** 47/10
**prosecutors [6]** 24/10 24/10 27/13 27/19 27/24 42/2
**protect [1]** 25/4
**protected [1]** 12/6
**prove [11]** 2/20 30/11 31/13 40/14 42/15 42/17 43/1 43/22 43/23 44/4 53/20
**provide [10]** 21/7 21/20 22/12 22/13 22/17 26/1 27/23 37/5 37/13 37/18
**provided [8]** 20/1 27/4 32/24 33/15 34/24 40/4 40/8 53/9
**providing [5]** 14/12 22/22 27/8 37/21 56/3
**proving [1]** 48/9
**public [1]** 41/10
**punished [1]** 12/7
**purpose [3]** 17/7 34/22 38/23
**put [2]** 8/7 8/12

**Q**

**qualified [1]** 9/21
**qualify [1]** 9/21
**question [1]** 50/12
**questioning [1]** 50/11
**questions [5]** 4/4 4/16 20/10 22/22 45/4

**R**

**range [6]** 16/21 17/8 17/10 17/21 18/24 20/7
**RBW [1]** 1/4
**reached [1]** 12/25
**read [5]** 5/1 5/4 6/4 6/4 45/5
**reason [2]** 29/22 53/16
**reasonable [6]** 2/20 18/25 48/10 48/20 49/8 49/13
**reasons [1]** 54/24
**receive [7]** 21/3 23/11 28/1 28/7 30/15 34/18 37/21
**received [5]** 27/10 30/14 46/20 46/23 47/5
**receiving [1]** 17/14
**recently [1]** 5/10
**recommend [7]** 13/21 14/9 14/16 15/11 15/15 23/11 27/10
**recommendation [1]** 15/3
**record [5]** 2/4 2/5 3/8 9/18 37/25
**recorded [1]** 1/24
**reduce [6]** 13/21 15/6 16/2 17/18 20/23 33/17
**reduced [16]** 15/11 16/15 23/11 24/20 27/10 27/15 27/20 28/1 28/7 28/8 28/12 28/14 28/15 33/6 33/23 40/3
**reduction [8]** 14/7 14/10 14/16 15/4 15/6 15/16 16/1 16/2
**reference [9]** 9/5 14/12 19/4 20/10 21/5 27/13 30/8 32/25 38/2
**refusal [1]** 23/2
**refuse [1]** 15/15
**regard [1]** 33/7
**regarding [9]** 18/2 18/20 20/14 20/15 32/14 33/5 33/11 37/25 41/14
**regardless [5]** 11/16 14/18 15/18 27/23 28/13
**REGGIE [1]** 1/9

**related [1]** 34/22
**relationship [1]** 22/6
**relative [1]** 46/13
**release [4]** 21/6 21/23 22/7 55/7
**released [5]** 10/1 18/12 21/9 26/20 56/3
**relevant [3]** 19/24 22/17 26/4
**remain [1]** 41/7
**removed [1]** 47/20
**rendered [1]** 45/20
**report [2]** 19/24 19/25
**reported [1]** 57/4
**Reporter [4]** 1/20 1/20 57/2 57/16
**represent [1]** 28/14
**representation [2]** 53/8 53/12
**representations [3]** 43/18 43/25 44/7
**request [19]** 14/6 14/17 15/5 15/16 15/25 17/17 21/6 21/9 21/13 25/23 27/14 28/6 28/11 40/2 40/19 41/3 41/9 55/7 56/2
**requested [1]** 55/5
**require [6]** 8/20 9/1 9/8 9/11 9/13 35/13
**required [1]** 29/12
**requirement [2]** 22/11 22/13
**requires [2]** 22/13 36/18
**reserve [1]** 20/9
**resolution [1]** 41/14
**response [2]** 4/3 4/16
**responsibility [3]** 13/22 13/24 14/11
**responsible [1]** 36/10
**rest [1]** 9/25
**restitution [10]** 9/11 35/12 35/13 35/18 36/18 36/24 38/2 38/4 38/24 39/10
**rests [1]** 13/24
**result [7]** 8/4 8/17 17/13 23/8 26/15 30/22 35/14
**retain [2]** 55/15 55/21
**review [6]** 5/23 6/16 7/21 19/3 44/18 49/21
**reviewed [2]** 2/17 2/18
**reviewing [1]** 6/8
**revised [1]** 35/23
**right [55]** 5/2 7/8 7/25 11/2 13/2 17/2 19/4 19/9 19/9 19/17 19/23 20/9 24/16 24/17 25/16 27/11 28/24 29/3 29/18 30/13 30/15 32/7 32/17 32/25 33/3 33/10 33/19 33/22 34/8 34/10 34/18 34/18 35/1 38/11 41/15 48/6 48/10 48/18 48/24 49/3 49/6 49/10 50/1 50/1 50/12 50/20 50/24 51/2 51/9 51/22 51/25 52/1 52/2 52/11 55/5
**rights [12]** 2/22 28/19 30/7 30/9 32/13 33/7 48/15 50/16 51/5 51/24 52/15 52/16
**role [1]** 46/19
**room [2]** 1/21 7/12
**RPR [2]** 1/20 57/16

**S**

**said [11]** 4/13 12/23 17/23 22/11 26/23 27/7 35/11 39/13 47/10 47/14 57/8
**same [3]** 6/17 12/12 12/13
**sat [1]** 6/9
**satisfied [1]** 53/8
**say [12]** 4/3 10/19 10/20 13/13 29/13

# S

**say...** [7]  34/6 43/10 44/24 51/13 51/15 51/16 52/2
**saying** [1]  3/12
**says** [1]  45/3
**scheme** [6]  43/15 43/23 44/1 44/5 44/8 45/22
**school** [1]  4/22
**score** [2]  16/7 16/12
███████ ██████
**seat** [1]  45/1
**secret** [1]  40/21
**Section** [5]  1/14 6/23 42/18 43/8 54/10
**Sedik** [1]  46/23
**see** [3]  5/17 5/20 44/15
**seek** [5]  15/19 17/20 30/11 33/17 38/11
**selected** [2]  7/10 49/11
**self** [2]  34/23 51/10
**self-discrimination** [1]  51/10
**self-incriminating** [1]  34/23
**send** [1]  36/20
**SENIOR** [1]  1/9
**sent** [1]  12/10
**sentence** [50]  9/22 9/24 10/8 10/17 10/23 11/2 11/15 11/22 16/17 17/14 17/15 17/18 17/24 18/9 18/24 18/25 19/2 19/5 19/10 20/7 20/14 20/15 20/23 21/2 23/11 27/10 27/15 27/20 28/1 28/7 28/8 28/12 28/14 28/15 32/7 32/8 32/12 32/15 32/18 32/19 33/1 33/4 33/5 33/6 33/11 33/17 33/23 38/15 40/3 52/22
**sentenced** [11]  7/7 14/1 14/5 20/17 20/21 34/3 34/7 37/10 37/20 38/15 41/7
**sentencing** [27]  8/19 10/12 12/23 14/25 15/23 17/8 18/13 18/15 20/4 20/16 21/5 21/7 21/10 21/14 25/12 26/11 26/20 26/24 32/14 33/14 33/20 33/21 34/22 35/9 39/16 54/18 56/4
**separate** [1]  37/19
**September** [1]  45/16
**seriousness** [1]  19/18
**services** [3]  26/22 45/20 55/10
**set** [3]  12/2 54/18 54/19
**sets** [2]  5/15 44/13
**several** [1]  6/9
**she** [14]  2/8 2/16 2/21 2/25 3/2 3/4 3/5 6/8 4/5 45/3 45/7 47/9 47/12 47/14
**she's** [2]  2/22 3/12
**shell** [8]  45/24 45/25 46/5 46/7 46/10 46/15 46/17 46/21
**shorthand** [3]  1/24 57/5 57/9
**should** [33]  4/2 8/12 10/19 10/20 11/5 12/7 13/4 14/21 15/14 18/2 19/8 19/10 20/21 21/1 21/13 22/5 22/20 24/8 24/24 25/8 25/9 35/24 36/10 38/4 41/17 41/21 47/17 48/5 48/17 49/5 50/4 50/18 51/7
**show** [7]  31/15 31/23 31/24 40/17 42/22 43/14 45/8
**showing** [2]  29/15 32/1
**side** [2]  51/11 51/17
**sign** [5]  5/20 7/19 44/16 44/23 49/19
**signature** [4]  5/20 7/19 44/15 49/18
**signed** [11]  5/24 14/23 15/21 18/4 18/8 19/24 19/30/1 40/6 44/19 47/2 49/22 sighting [2] 7/23 49/24

# S (cont.)

**similar** [1]  22/8
**sit** [1]  51/12
**situation** [4]  37/7 37/12 37/19 37/25
**six** [2]  4/19 4/20
**slowly** [1]  3/3
**so** [16]  3/2 4/24 5/1 15/3 15/25 16/15 16/23 21/7 30/10 35/3 36/3 37/25 45/5 46/18 47/5 51/12
**society** [1]  12/5
**sole** [1]  27/18
**solely** [1]  17/7
**some** [19]  3/5 12/3 24/5 24/19 28/20 28/20 29/22 30/19 34/13 40/23 41/8 41/9 42/6 45/4 45/5 51/18 51/25 55/7
**somebody** [2]  9/12 34/12
**someplace** [1]  26/3
**something** [3]  3/16 31/3 50/7
**sometimes** [1]  34/1
**sorry** [5]  5/18 5/19 36/7
**sought** [1]  14/19
**speak** [1]  3/5
**speaks** [2]  3/2 3/4
**special** [1]  9/2
**speedy** [2]  48/19 48/24
**spouse** [1]  47/2
**stand** [1]  51/3
**state** [7]  3/8 23/4 24/10 24/12 26/10 26/14 42/1
**statement** [11]  4/6 4/10 4/15 8/7 37/6 37/9 37/16 44/12 44/12 45/6 47/3
**statements** [14]  18/15 22/23 25/10 30/21 30/24 31/1 31/5 31/6 35/5 35/6 35/7 40/4 40/8 40/9
**STATES** [30]  1/1 1/3 1/10 2/3 2/6 2/11 6/23 8/19 10/12 12/3 12/23 19/2 19/11 20/8 22/8 26/22 28/23 33/20 38/6 39/6 41/23 41/25 42/19 43/8 45/14 47/17 47/18 48/3 54/10 57/3
**States's** [1]  47/1
**status** [3]  21/5 54/18 54/19
**Statute** [1]  29/7
**statutes** [1]  34/5
**Stay** [1]  55/12
**steal** [1]  45/18
**step** [1]  2/4
**Stephen** [2]  1/12 2/10
**still** [10]  10/4 12/21 23/25 26/17 30/4 32/24 39/22 48/3 52/10 52/17
**stop** [2]  3/17 47/23
**story** [2]  51/11 51/17
**Street** [1]  1/17
**stuck** [2]  23/13 39/22
**subject** [3]  19/2 39/5 39/9
**submit** [1]  24/3
**submitted** [1]  35/23
**subscribed** [1]  57/10
**succeed** [1]  43/5
**such** [7]  17/22 23/18 23/20 23/21 23/23 25/16 26/1
**sufficient** [2]  8/20 47/3
**suggest** [1]  17/22
**suggested** [1]  52/20
**Suite** [1]  1/15 1/17
**summarize** [1]  45/2

# S (cont.)

**summary** [1]  44/10
**supervision** [2]  8/22 8/23
**support** [1]  47/3
**supposed** [4]  44/11 44/13 45/3 50/6
**sure** [6]  17/55/24 55/25
**surprised** [1]  30/10
**sworn** [2]  3/22 22/23

# T

**take** [14]  14/4 19/5 20/14 20/15 20/17 32/13 36/9 40/12 40/15 48/8 50/8 51/3 52/10 52/12
**taken** [1]  18/3
**takes** [1]  31/11
**taking** [2]  22/23 40/20
**talk** [2]  24/20 24/22
**tax** [1]  42/4
**telephone** [1]  26/21
**tell** [1]  51/11
**telling** [1]  51/17
**ten** [1]  54/21
**terms** [3]  21/22 31/12 39/14
**testified** [1]  3/23
**testifies** [1]  34/12
**testify** [7]  25/24 50/8 50/9 50/21 51/3 51/11 51/14
**testifying** [1]  51/17
**testimony** [3]  26/2 26/4 57/5
**tests** [1]  22/24
**than** [16]  7/7 9/23 11/7 11/8 11/20 11/21 17/3 17/14 17/17 17/19 17/23 20/5 31/15 31/24 47/1 53/16
**Thank** [3]  47/9 56/5 56/6
**that** [508]
**that's** [7]  4/10 5/11 6/1 30/12 35/19 36/5 39/9 42/19 44/21
**theft** [1]  45/22
**their** [10]  21/9 21/13 23/10 23/13 27/2 27/16 28/24 34/3 34/7 41/3
**them** [13]  10/22 10/23 14/12 21/8 27/5 27/25 28/20 28/20 29/9 40/21 46/6 50/24 55/24
**then** [29]  9/20 9/22 15/6 16/11 16/16 18/18 20/9 22/1 23/9 24/21 25/5 26/20 28/1 28/7 29/13 29/15 31/4 33/22 35/8 36/14 36/19 37/19 38/15 39/6 39/20 39/25 40/16 48/22 52/7
**there** [19]  9/12 10/10 10/18 10/19 17/12 19/3 22/11 27/15 28/19 28/22 29/20 30/7 30/19 31/18 33/3 34/1 35/3 40/23 51/12
**there's** [4]  12/25 28/2 28/2 28/3
**therefore** [4]  8/1 16/6 17/17 18/7
**Thereupon** [2]  3/20 56/7
**these** [7]  3/15 18/20 22/21 27/13 27/19 27/24 40/20
**they** [71]
**they'd** [1]  31/24
**they'll** [1]  20/22
**they've** [4]  23/9 34/2 34/6 39/21
**things** [9]  10/10 12/14 18/10 19/4 22/1 22/21 22/22 42/17 44/24
**think** [6]  22/17 26/7 27/24 53/20 53/23 54/19
**thinks** [1]  11/1
**third** [2]  24/5 37/2
**this** [106]

**T**

**thoroughly** [1]  2/17
**those** [43]  7/11 7/13 9/9 10/3 10/10 10/12 10/15 12/3 13/1 20/15 22/1 24/4 24/16 28/21 29/25 30/8 32/21 34/4 34/5 34/6 34/9 34/18 35/6 36/14 38/9 39/7 39/10 39/19 39/25 40/9 40/25 41/4 48/2 48/15 49/12 50/6 50/7 50/11 50/13 50/16 50/23 51/5 55/22
**though** [5]  19/3 23/12 32/6 32/11 52/9
**thousand** [1]  47/7
**threatened** [1]  52/24
**three** [4]  15/12 15/16 16/1 16/2
**three-point** [2]  15/16 16/2
**through** [5]  3/6 17/2 37/2 45/9 45/16
**throughout** [2]  28/23 41/25
**time** [18]  9/7 14/1 14/22 15/21 20/16 29/10 29/11 29/13 29/21 29/23 29/23 30/1 33/13 38/10 41/8 48/21 53/12 55/5
**times** [3]  6/9 8/15 39/13
**Title** [3]  6/22 42/19 54/9
**today** [9]  2/14 5/12 7/24 21/13 31/2 31/7 40/20 40/25 53/24
**told** [9]  11/1 11/4 11/7 11/9 11/17 11/21 11/21 19/1 39/20
**tolerated** [1]  12/11
**too** [4]  9/14 29/14 29/24 29/25 33/7
**took** [5]  31/21 32/23 33/14 40/25 52/6
**top** [4]  16/18 16/22 18/10 32/20
**total** [1]  47/7
**totally** [2]  13/24 53/8
**traceable** [2]  23/20 23/25
**transcribed** [1]  57/9
**transcript** [3]  1/8 1/24 57/8
**transcription** [1]  1/25
**transfer** [1]  38/22
**transfers** [1]  39/1
**treated** [1]  12/14
**treatment** [2]  5/7 45/14
**trial** [28]  1/12 1/12 30/8 30/12 34/13 45/7 48/8 48/8 48/12 48/18 48/19 48/20 48/24 49/6 49/6 49/10 49/18 50/1 50/1 50/5 50/9 50/19 50/19 51/8 51/8 51/12 51/15 53/21
**trials** [1]  26/2
**True** [4]  24/18 34/11 35/2 41/16
**truthful** [3]  22/13 37/5 37/17
**truthfully** [3]  23/2 25/24 50/9
**try** [1]  47/23
**trying** [1]  30/25
**turn** [1]  23/16
**two** [16]  8/15 9/19 10/10 10/13 10/14 13/14 13/15 13/21 14/6 14/10 14/16 15/4 34/1 42/22 46/11 54/25
**type** [9]  5/7 5/10 12/10 12/12 12/13 18/7 30/19 31/4 37/1

**U**

**U.S** [2]  1/13 1/21
**UCC** [4]  46/13 46/14 46/15 46/25
**UCC-1** [2]  46/13 46/25
**UCC-1's** [2]  46/14 46/15

████ ██████████████████
████████████████████████████████
██████████████████████

**undercover** [1]  42/24

**understand** [205]
**understanding** [8]  3/2 4/15 6/17 6/3 12/20 30/4 48/2 52/14
**understands** [1]  2/25
**understood** [1]  6/14
**UNITED** [31]  1/1 1/3 1/10 2/3 2/6 2/11 6/22 8/19 10/12 12/3 12/23 19/1 19/11 20/8 22/8 26/22 28/23 33/20 38/6 39/6 41/22 41/25 42/19 43/8 45/14 47/1 47/17 47/18 48/2 54/10 57/3
**university** [1]  4/23
**unknown** [1]  14/22
**unlawful** [1]  42/18

███████████████████████████

**until** [2]  14/1 55/21
**up** [32]  2/16 7/25 8/12 8/15 11/16 14/1 19/12 19/4 21/13 24/15 28/19 29/3 29/7 29/18 30/12 30/14 32/13 33/7 34/8 34/18 46/6 47/9 48/15 49/3 49/25 50/16 51/5 51/22 51/24 52/14 52/16 56/1
**upon** [20]  8/7 12/6 12/8 13/13 13/17 13/22 17/18 17/24 18/25 19/10 20/8 22/7 23/11 27/20 28/8 28/12 33/11 40/3 41/3 56/2
**upward** [1]  17/9
**us** [1]  6/7
**use** [11]  16/11 30/23 34/2 34/6 34/8 34/21 35/6 35/8 38/1 43/25 44/7
**used** [2]  4/4 31/7 40/9

**V**

**value** [1]  39/9
**various** [3]  2/21 2/22 28/22
**venue** [1]  28/21
**version** [3]  6/8 6/14 35/23
**versions** [1]  6/7
**versus** [1]  2/3
**Very** [6]  3/7 54/8 54/13 55/11 55/17 55/20
**victims** [1]  39/11
**violate** [4]  31/16 31/18 32/2 42/18
**violated** [5]  25/5 31/12 31/21 40/13 40/15
**violation** [9]  6/22 23/6 23/8 25/20 26/15 31/13 31/23 40/14 54/9
**violence** [1]  9/20
**voluntarily** [1]  50/24
**vote** [1]  7/14

**W**

**Wael** [1]  46/23
**wait** [1]  5/19
**waive** [3]  29/18 34/8 34/17
**Waiver** [2]  7/17 49/17
**waivers** [1]  19/3
**waiving** [3]  2/23 24/15 32/12
**walk** [5]  18/19 23/9 23/12 26/16 39/20
**WALTON** [1]  1/9
**want** [10]  4/16 10/4 12/21 30/4 48/3 50/18 51/10 52/17 54/17 54/18
**wanted** [6]  24/20 47/22 48/17 49/5 50/4 51/7
**warrant** [1]  22/3
**warranted** [1]  17/10
**was** [22]  3/22 6/8 6/14 7/12 9/12 15/10

24/20 28/14 29/25 30/19 30/20 32/8 32/15 33/9 ██ 35/3 40/5 40/7 43/19 45/11 46/13 52/6 52/22
**Washington** [8]  1/5 1/15 1/18 1/22 7/11 45/10 45/15 52/7
**way** [2]  11/15 41/17
**we** [7]  3/3 6/17 35/23 54/25 55/6 55/6 55/19
**we'd** [2]  54/19 55/9
**we'll** [1]  3/17
**weekly** [1]  55/10
**well** [7]  3/7 8/3 54/8 54/13 55/11 55/17 55/20
**went** [1]  53/21
**were** [26]  4/5 6/4 9/7 9/19 11/16 11/17 11/21 11/21 14/1 14/15 18/7 18/15 20/4 29/20 30/25 32/18 32/19 33/21 33/21 45/20 48/21 48/24 49/13 50/23 51/7 52/5 52/21
**what** [72]
**what's** [1]  5/12
**whatever** [1]  29/23
**whatsoever** [1]  53/11
**when** [10]  7/12 14/5 14/25 29/19 30/11 30/18 30/25 34/12 37/10 52/5
**where** [1]  28/25
**whereof** [1]  57/10
**whether** [10]  13/23 14/6 24/4 26/2 26/9 26/13 27/14 27/18 34/12 37/1
**which** [33]  6/22 7/2 7/7 9/11 10/21 13/17 15/4 17/13 19/16 19/20 22/17 23/19 27/16 28/21 30/13 31/14 31/18 31/23 32/8 32/14 33/12 35/3 35/3 36/25 39/22 40/7 40/20 44/13 45/12 47/9 49/7 49/10 54/9
**while** [2]  18/14 38/16
**who** [10]  12/12 34/2 35/14 36/11 36/19 40/24 46/13 47/21 50/6 50/20
**who's** [1]  3/10
**whoever** [1]  36/20
**Whose** [1]  53/2
**will** [25]  10/18 12/11 13/21 14/4 14/6 14/9 17/20 17/21 21/3 24/9 25/5 27/9 27/17 27/19 31/18 34/6 34/21 36/9 36/19 36/24 37/17 39/7 54/13 56/1 56/3
**willful** [1]  37/18
**willing** [1]  50/23
**wire** [3]  43/10 43/22 44/1
**withdraw** [8]  11/24 13/10 14/20 15/19 21/17 28/16 39/23 46/1
**withdrawn** [2]  29/22 31/3
**within** [6]  11/22 18/24 29/10 29/11 37/10 48/20
**without** [1]  9/25
**witness** [3]  34/14 51/3 57/10
**witnesses** [3]  50/11 50/13 50/20
**work** [1]  38/16
**worked** [1]  45/10
**would** [80]
**write** [2]  5/1 5/4
**writer** [1]  19/24
**writing** [3]  19/18 24/21 41/18
**written** [1]  22/23

**Y**

**year** [1]  7/8

# Y

**years [4]** 8/13 9/23 11/16 37/20
**Yes [173]**
**yet [1]** 29/21
**York [1]** 1/14
**you [548]**
**you'd [5]** 33/16 33/22 49/9 50/24
53/11
**you'll [2]** 26/21 39/1
**you're [60]**
**you've [3]** 4/2 4/15 14/20
**your [181]**
**yours [1]** 53/2
**yourself [4]** 14/5 40/5 50/19 51/2
**yourselves [1]** 2/5

# Z

**zero [1]** 16/7