# EXHIBIT E

MAR -7 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Docket # 16-CR-211  RBW |
| | ) |
| HUWIDA FADL | ) **SEALED** |
| | ) |
| Defendant | ) |

**DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**

COMES NOW Ms. Huwida Fadl, Defendant, by and through her undersigned Counsel, and respectfully states as follows:

1. In the interests of brevity, and the fairness displayed by the United States Attorney's Office, only a brief Memorandum in Aid of Sentencing is offered in this matter.

2. Ms. Fadl generally agrees with the calculations of the Guidelines, as well as the accurate and careful analysis presented in the Government's Memorandum in Aid of Sentencing.

3. She accepted full responsibility in this matter, and took an "early" plea before the Court.

4. The American Bar Association has suggested that Judges can show leniency to Defendants who take an early plea and save the Court and the prosecution considerable time and resources.

5. Given this acceptance of responsibility , Ms. Fadl states that her

conduct was an aberration, and was prompted by acts that cannot be fully explained, without understanding her cultural background. Ms. Fadl further indicates to the Court that she will engage in lawful conduct in the future, having learnt the error of her ways.

6. Ms. Fadl respectfully points out that Title 18, U. S. Code § 3553 (a) lists factors that can be considered by This Honorable Court in imposing a just sentence. In considering the history and characteristics of the Defendant, amongst other relevant factors, Ms. Fadl argues that continued employment status, before and after the crimes alleged in this case, her charitable work, and letters from her family and members of the community reflect the need for a sentence that does not involve incarceration.

7. Ms. Fadl is also a valuable member of our community. Attachment A lists letters from the following members of our community:

   a. E & R Home Health Care – Current Employer
   b. Abdulrahman A. Alamgiri – for Former Employer
   c. Ms. Rosa Elnour - Daughter
   d. Ms. Alawia Ahmed - Sister
   e. Ms. Marawah Elrayah – Niece
   f. Ms. Naylah Osman - Friend
   g. Ms. Manal Bashir – Friend
   h. Ms. Amira Yousif – Friend
   i. Mr. Mousap Sulaiman – Friend
   j. Dr. Salaf Lutfi – Charitable Organizer; and

k. Ms. Sumayla Hadi – Agent for Charitable Organization.

8. A common theme through the letters are Ms. Fadl's contributions to her family, and the community, which can also be considered by This Honorable Court in determining whether a variance is warranted in this matter. Overarching her efforts to become a model citizen of her adopted country is her lack of criminal history, that regrettably has now been marred due to her conviction in this matter.

9. Moreover, in stark contrast to the events of this matter, Ms. Fadl's employers before and after her employment with the Embassy of Kuwait, have offered letters in support of Ms. Fadl that are attached. Therefore, the conduct in this matter can only be referred to as an aberration.

10. 

11. She respectfully seeks a sentence that does not allow for incarceration, should This Honorable Court allow a variance to

-3-

the Guidelines in this matter. She also points out our Circuit allows judges to consider the "fortuitous increase in the severity" of sentence to Ms. Fadl due to her status as a permanent resident alien. United States v. Smith, 21 F.3d 649, 655-656 (D. C. Circuit 1994). Counsel acknowledges that the *Smith* opinion deals with an illegal alien.

12. Ms. Huwida Fadl seeks the leniency of the Court.

Dated this 7th day of March 2019.

Respectfully Submitted,

*Atiq R. Ahmed*

---

Atiq R. Ahmed, Esquire (#390419)
ATIQ R. AHMED, P.A.
1320 19th Street, N.W., Suite 202
Washington D. C. 20036
(202) 710-4929
Counsel for Ms. Huwida Fadl

**CERTIFICATE OF SERVICE**

I hereby certify that on this __7th__ day of March, 2019 a copy of the foregoing pleading, and its attachments, was e-mailed to:

Office of the United States Department of Justice
Attn: Jonathan Baum, Esquire
Washington D. C.

*Atiq R. Ahmed*

---

Atiq R. Ahmed, Esquire

ATTACHMENT A

2/21/2019

To Whom It May Concern,

Ms. Huwida Fadelmawi has been working with E & R Home Health Care since October 2016. Ms. Huwida works as a CNA (Certified Nurse Assistant). Huwida is a very professional worker, she has made many accomplishments working with us since 2016, and she has improved each year in many aspects. Huwida works her full time hours to about 65 hours at an 11.00 rate and completes all tasks on time. If you have any questions or concerns please contact the office directly at ▇▇▇▇▇▇▇▇



E & R HOME HEALTH CARE
BEST HOME CARE FOR BETTER LIFE

EMAIL: ▇▇▇▇▇▇▇▇

*Royal Embassy of Saudi Arabia*
*Cultural Mission To The U.S.A.*

سفارة المملكة العربية السعودية
الملحقية الثقافية بالولايات المتحدة الأمريكية

December 11, 2018

## TO WHOM IT MAY CONCERN

This is to certify that Ms. Huwida Fadlelmawl was employed by the Royal Embassy of Saudi Arabia (Cultural Mission) from November 29th, 2008 until May 31st, 2012.

The Cultural Mission of the Royal Embassy of Saudi Arabia is a Diplomatic Organization and as such, is tax Exempt.

This certificate has been issued to Ms. Fadlelmawl upon her request and without any liability to the Saudi Arabian Cultural Mission.

Sincerely,

Abdulrahman A. Alangari
Director of Administrative Affairs

To whom it may concern,

Roaa Elnour

My name is Roaa Elnour I am 20 years old and I am currently studying in community college, I live with my Mother, My younger sister and my 9 year old niece Amira. My mother helps my financial state since I am a full time college student, she helps with my collage loans and my living. Recently my mom took my niece Amira in from foster care and adopted her as one of her own. She has been taking care of her visiting her when she can and trying to bring her back to our family.

My mom has been taking care of us for as long as I can remember. My mom is a single mother with 4 kids and I have 3 half-brothers from my dad's side which my mom also took in as one of her own. So as of now my mom is a single mother of 8 including my little nieces, even though we don't all live together right now she is all that we have. My mom had struggled a lot in the past because my mom always tends to put people before herself. My mom loves and is always going out of her way to help people. In the past she had opened her home for family and friends that did not have a place to stay or live. As of May 1st 2019 we are all planning to move back in together to be family again and create an amazing childhood for my niece and we cannot do that without my mother.

Sincerely,

Roaa Elnour

March 05, 2019

To whom it may concern,

I am writing to tell you about my younger blood sister Huwida Fadl. She is my lovely sister who I love the most because of her nice personality and character. She is a good person that came from a good home, that's what makes me still believe in her. Huwida always put others first. She is people pleaser. She always involves herself in all social activities in the community and stand by whoever needs her. She has so much love for all her friends and family. Everyone meets Huwida will like her and admire her character from the first time.

Huwida is a single mother of four kids who she has been trying to raise them by herself for the past 13 years. She has been going through a lot of stress since this issue has accrue in her life. I know what she has done is a mistake, but this is the first time I see her doing a mistake in her all entire life. All people make mistakes and learn from it, and I am sure she has learned a lot from this and regret it since day one. My mother who lived in Sudan got very sick for a long time after she hears about this issue because she did not believe that about her young daughter(Huwida) and she passed away in 2017 back home and my sister Huwida did not even get a chance to go see her before she died and that made her very depressed. This mistake effected a lot of things in her life and made her even a better person than before and trying not to make any small mistake. She is still smiling and giving everyone hopes about a better future.

I want to ask for your forgiveness and try to give her the least charge if possible. Her kids need her, and we all need her. She is the one who does everything for us in our life since she is the youngest. I am sure she will never make such a mistake or put her in this situation again. I have a lot of illness problems and this case has affected my health because I am very worried about her and her kid's future if anything happens to her.

Thank you for your time in reading this. I wanted to speak from my heart and hope you will forgive her. I realize you have a huge amount of things to consider in this case, and I hope you give this letter some of your attention.

Sincerely,

Alawia Ahmed

To whom it may concern,

I am writing to tell you of the many fine qualities of Huwida Fadl whom I have known for my entire life. She is my aunt and my best friend. She is one of the best people that you could ever meet.

I love her with all my heart and would do anything she asked of me. She is the strongest women I know. She is one of the nicest people I know she would do anything for anyone. She says what's one her mind and doesn't hold grudges.

Huwida is a fantastic mother I love how her face lights up when she looks at her kids. She works bloody hard every day and is constantly tired but she never lets her smile slip and no matter what she will always make time for her kids and family. She has been the one by my mother's side through all her illness. She probably has the best sense of humor of all the people I know. I am really proud to call her my aunt. She has a great moral compass and treats everybody she meet equally. She sets an example that everybody should live by.

I say without a doubt that you are dealing with a person of very good moral character. Huwida operates with integrity, and never has a bad word to say about anyone. I am sure you can see all the on her face, but I had to write my true statement about her.

Sincerely,

Marawa Elrayah

Consular Officer at UAE Embassy

The honorable Judge

Case Number._____

I have known the defendant Huwida Fadl as a good friend and neighbor for over ten years. I was troubled and surprised to hear about her recent case she had always been a rather solid person. It is for this reason I am happy to write this letter of reference to Ms. Fadl regarding this matter. I understand the seriousness of this matter however hope the court will show some leniency

Ms. Fadl has always been an upright character in the community. In our friendships, she has really been there for me, especially when the company I work for closed, she made it a point to be there and show a significant amount of support during a sudden and arduous job search. It was Huwida Fadl that was a source of camaraderie for both me and my family. She was truly been a good friend over the years.

In addition to our friendship, she is a usually upstanding member in neighborhood. When it is unfortunate that she has made some bad decision, thus resulting in this case, while I was surprised to hear of the misconduct, it comes as no surprise that she is ready to accept responsibility for this action. I believe that as we move forward, she will emerge a better person, in short, Huwida Fadl expressed deep sense of remorse in making such a serious mistake and I believe in her ability to pay her debt to society.

It is my sincere hope the court takes this letter into consideration at the time sentencing. Despite the current case, I still believe Huwida Fadl to be an honorable individual, a valuable member of my community, and a good human being

Naylah Osman

The Honorable Judge _____

Case Number _____


I am writing to urge leniency in the sentencing of my friend Huwida Fadl. I have known Huwida Fadl for more than ten years. She and I are both aware of the gravity of the crime she is facing now, but it is still hard for me to wrap my head around, I would like to give you a prospective that shows that she is more than the sum of her action on the day she committed this crime.

Huwida Fadl has always been there for me and my family, willing to lend a hand with everything . I honestly don't think I would have gotten through college without her help, I believed that she will change her life around if you granted her a second chance

Manal Basahir
███████████████
███████████████

*[signature]*

The Honorable Judge: _____

Case number/_____


I am writing in reference to Huwida Fadl who is appearing before your court, Ms. Fadl asked me to write a character reference letter, but the truth is that I was planning on doing so before the request. I feel strongly about Huwida Fadl and about her future and I want to try to make you feel the same.

Huwida Fadl is a person of good moral character, I realized that might seem hard to believe given the circumstances but it is true nonetheless. I have known Huwida Fadl for length of time; and in that time I have seen her go through ups and down, but all the time while I have been convinced that Huwida Fadl is a decent person at the core. She just needs more people to believe in her, so that she can become the person know her can be.

Huwida Fadl has made mistake, and she incredibly remorseful and is willing to do whenever it takes to make reparation, financially and emotionally, if possible. But to do that she needs you to give her an opportunity to get a second chance, I recognize that she broke the law and I do not believe that she should get f without punishment. I just hope you will recognize the power you wield with regard to the future of this woman and make a fair decision


Amira Yousif
███████████████
███████████████

To whom it may concern,

Huwida Osman she's an intelligent and determined individual, She's committed to her community and she always looking for ways to support the people around her. I know her to be trustworthy, reliable, and easy-going.

If you get the chance to visit Huwida's house, you'll notice the plethora of books lining the walls of her study. She is an avid reader and an extremely knowledgeable individual whose organizational and management skills would enable her to serve as a valuable library trustee.

Huwida she is good example of single mother, She is a good mother and diligent to raise her children, she works very hard and at the same time she manages her house and raise her children
All I can say about her she is a great woman worthy of respect and appreciation, and I am so proud to call her my best friend.

Best Regards

*Mousap Suliman*
Mousap Suliman

> Mousap Suliman
> Auditor

05 MAR 2019

To whom it may concern,

I write this letter to state that I have known
Huwida fadl Osman
Of



For about 5 years. She used to live in Herndon where i met her often. Now i continue to meet her at numerous charitable events. She volunteers to work for almost anything for a good cause. She has always been a great help to everyone in her community. A very responsible, reliable and hard working person. Reason why i love her to pieces. I recommend her for any kind of job or work that she wishes to be part of because i know she can get it done.
Best regards,

Dr Sulaf A. M. Lutfi

Phone number:
Land line
Cell phone

E-mail

VICTOR CAMACHO, Jr.
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
REG. No. 7712174
MY COMISSION
EXPIRES: NOVEMBER 31, 2021

SHARED | AL SAFWA CHARITY ORGANIZATION.doc

# AL SAFWA CHARITY ORGANIZATION

To whom it may concern,

This is to certify that Ms Howida Osman is a member and one of the founders of this organization. She is a member of the board and involved in all the organization activities.

Ms Howida is well known in the community in northern Virginia and dedicated to help the families in different aspects.

Ms Howida is a single mother with four children whom she raised and still supporting them, thus, her family's responsibilities did not hinder her from her humanitarian role in supporting her Sudanese community and participate in empowerment program to develop the women and assist the new comers.

Ms Omari is an active participant & a tremendous asset to her community.

For any further information please don't hesitate to contact me.

Thank you,

Yours sincerely,

Sumayla Hariff

Chairman of the board